UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

**LEGACY POOLS, LLC,**

CASE NO. 6:22-bk-03123-LVV
CHAPTER 11

*Subchapter V Election*

    **Debtor.**
_____/

**CASE MANAGEMENT SUMMARY**

**LEGACY POOLS, LLC,** ("Legacy Pools" or "Debtor"), by and through its undersigned counsel, and pursuant to Administrative Order FLMB 2009-1 and Local Rule 2081-1(b), hereby files its Chapter 11 Case Management Summary and states as follows:

1.    On August 30, 2022 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Debtor continues to operate its business and manage its assets as a debtor-in-possession in accordance with its duties and responsibilities under the Bankruptcy Code.

**Description of the Debtor's Business**

2.    Legacy Pools is a closely held Florida limited liability company organized on August 24, 2017 which conducts business from a leased warehouse/office located at 727 North Drive, Suite L, Melbourne Florida 32934. The Debtor launched its business in the Fall of 2018 specializing in the design and construction of in-ground luxury pools and spas, positioning itself in the market as a high-volume pool builder achieving first-year sales of over one hundred and thirty (130) pools.

**Reasons for Filing Bankruptcy**

3.    At the height of the Debtor's popularity it was directly impacted by COVID-19 which caused major disruptions to the Debtor's business and the swimming pool construction

industry as a whole. During the First Quarter of 2020, Debtor's production slowed due to a decrease in demand, and its projects were delayed as employees became sick and social distancing measures were put in place at job sites. In addition, as the economy suffered and layoffs became prominent, customers began slow paying or not paying their required contractual progress payments which further impacted Debtor's financial condition.

4. Supply chain issues further hampered the Debtor's operations and caused significant material cost increases. For each of its pool projects, Debtor utilizes a wide array of raw materials including PVC, lumber, and concrete to fulfill its customers' contracts. The raw materials used by the Debtor in nearly every project have been on backorder since the middle of 2020, and when available, these materials are often triple their pre-pandemic price. These supply chain delays, shortages and cost increases have directly impacted Debtor's ability to meet its construction timelines and client demands. The increased cost of raw materials contributed to a significant increase in the Debtor's overhead, which already included an average annual payroll budget of $1.6 million for its 32-employees.

5. Due to supply chain issues, increasing material costs, slow paying customers, and other disruptions caused by the pandemic, it quickly became difficult for the Debtor to meet its overhead obligations. To bridge the gap and aid its ability to pay its operating expenses, Debtor entered into two (2) separate merchant cash advance lending arrangements with MCA Servicing Company and Samson MCA, LLC (collectively, the "MCA Providers"). Unfortunately, rather than aid the Debtor's ability to meet its ongoing obligations, the MCA Providers bilked the Debtor of available operating funds which compounded the Debtor's poor financial condition.

6. Faced with ongoing litigation, the prospect of additional lawsuits, potential licensing issues, and creditor collection efforts, Debtor elected to pursue Chapter 11 relief to

restructure its financial affairs for the benefit of its various stakeholders and continue the operation of its pool construction business.

### Debtor's Revenue Statistics

7. Year-to-Date Legacy Pools generated an estimated revenue of $4,483,587.89. The Debtor generated approximately $10,000,000.00 in gross revenue in 2021 and $9,613,657.00 in gross revenue in 2020.

### Ownership Interests in Debtor and the Debtor's Officers

8. The Debtor is owned by Charles David Black, who owns 100% of the membership interests in Legacy Pools, LLC.

### Amounts Owed to Various Classes of Creditors

9. As of the Petition Date, Debtor believes there are approximately $4 million in secured claims and $460,000.00 in unsecured claims which have accrued in connection with trade vendor invoices and credit card usage.

10. Debtor believes it is current on its tax obligations to the IRS as well as the Florida Department of Revenue.

### General Description and Approximate Value of Debtor's Assets

11. The Debtor owns accounts receivable in the approximate amount of $1,000,000.00 (the collectible value of which is uncertain), $2,000.00 cash on hand, under $10,000.00 in tooling and $70,000.00 in financed earth-moving equipment, approximately $10,000.00 in office equipment and furniture; $30,000.00 of raw materials and financed vehicles worth approximately $300,000.00 (although a formal valuation has not been completed).

### Number of Employees and Amounts Owed

12. As of the Petition Date, the Debtor has 7 employees who complete various tasks for the Debtor including: operations management, permitting, and quality control, engineering and

project management. The employees are paid weekly with the next payroll scheduled to be made on or before September 2, 2022 in the approximate amount of $7,000.00.

**Anticipated Emergency Relief to be requested within 14 days from the Petition Date**

13. Emergency Motion for Authorization to Use Cash Collateral

14. Emergency Motion for Approval of Post-Petition Financing

15. Emergency Motion for Authority to Pay Prepetition Wages

16. Emergency Motion for Authority to Pay Critical Vendors

**RESPECTFULLY SUBMITTED** this 31st day of August, 2022

/s/ Daniel A. Velasquez
**Daniel A. Velasquez, Esq.**
Florida Bar No. 098158
Dvelasquez@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
Bknotice1@lathamluna.com
201 S. Orange Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorney for Legacy Pools, LLC*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**LEGACY POOLS, LLC,**

**CASE NO. 6:22-bk-03123-LVV**
**CHAPTER 11**

*Subchapter V Election*

   **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true copy of the **CASE MANAGEMENT SUMMARY** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Legacy Pools, LLC, 727 North Drive, Suite L, Melbourne, Florida 32934**; all parties entitled to receive electronic noticing via CM/ECF; the twenty largest unsecured creditors as shown on the matrix attached, and the **U.S. Trustee**, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801 this 31st day of August, 2022.

                                        /s/ Daniel A. Velasquez
                                        **Daniel A. Velasquez, Esq.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-03123-LVV<br>Middle District of Florida<br>Orlando<br>Wed Aug 31 18:06:18 EDT 2022 | Legacy Pools LLC<br>727 North Drive<br>Suite L<br>Melbourne, FL 32934-9233 | Ally Financial<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Ascentium Capital, LLC<br>23970 Highway 59 N<br>Kingwood, TX 77339-1535 | Brevard County Tax Collector<br>Attn:  Honorable Lisa Cullen, CFC<br>Post Office Box 2500<br>Titusville FL 32781-2500 |
| CIA<br>North Dow, LLLP<br>4320 Woodland Park Drive, W<br>Melbourne, FL 32904-2098 | Charles David Black<br>727 North Drive<br>Suite L<br>Melbourne, FL 32934-9233 | Ewing Irrigation &<br>Landscape Supply<br>Parker Law Firm Attn: Mike Allen<br>11801 N. Tatum Blvd. Ste 229<br>Phoenix, AZ 85028-1642 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Water Products<br>2720 Center Place<br>Melbourne, FL 32940-7130 | Ford Credit<br>P.O. Box 452000<br>Omaha, NE 68154-8000 |
| Guniters LLC<br>415 Page St.<br>Orlando, FL 32806-4045 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Keystone Equipment Finance Corp.<br>P.O. Box 330429<br>West Hartford, CT 06133-0429 |
| MCA Servicing Company<br>1617 SE 11th Street<br>Fort Lauderdale, FL 33316-1443 | Prestige Gunite<br>3825 Selvitz Rd.<br>Fort Pierce, FL 34981-4726 | Pursuit Investments<br>2073 Sorento Circle<br>Melbourne, FL 32904-3113 |
| SCP Distributors<br>485 Distribution Drive, W.<br>Melbourne, FL 32904-1110 | Samson MCA LLC<br>17 State Street<br>6th Floor<br>New York, NY 10004-1501 | Stuart Langley<br>2734 Sam Snead St<br>Melbourne, FL 32904-6618 |
| U.S. Small Business Admin.<br>233 Peachtree Street NE<br>Suite 1800<br>Atlanta, GA 30303-1508 | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Daniel A Velasquez<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Ste. 1400<br>Orlando, FL 32801-3483 |

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23