**Fill in this information to identify the case:**

Debtor name    **Legacy Pools LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:22-bk-03123**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/20/2022    X 
                                    Signature of individual signing on behalf of debtor

                                    **Charles David Black**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name   **Legacy Pools LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:22-bk-03123**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **664,839.97**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **664,839.97**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $     **3,633,497.85**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **1,049,462.81**

4.   **Total liabilities** .........................................................................................................................
    Lines 2 + 3a + 3b      $     **4,682,960.66**

**Fill in this information to identify the case:**

Debtor name   **Legacy Pools LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:22-bk-03123**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Truist** | **Business Checking** | **5996** | $0.00 |
| 3.2. **Truist** | **Business Checking** | **0572** | $2,226.86 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $2,226.86 |
   |---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | **CIA Developers** **(Cunningham, Ingram & Anderson, Inc.)** | $3,561.11 |
   |---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Legacy Pools LLC** | Case number *(If known)* **6:22-bk-03123** |
|---|---|---|
| | Name | |

Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                                          $3,561.11
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:     159,542.00     -     79,771.00     = ....     $79,771.00
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     165,902.00     -     82,951.00     =....     $82,951.00
                          face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                                          $162,722.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **1,000.00 peices of PVC Fittings- $8,000.00 PVC and Rebar-$6,300.00 Tile (6x6, Glass and Mosaics)- $10,000.00 Magic Bowls (Fire Bowls)- $8,000.00 Misc. Pool Supplies (Equipment, Lights, Anchors)- $59,500.00** | | $91,800.00 | FMV | $91,800.00 |

20.     **Work in progress**

Debtor   **Legacy Pools LLC**                                   Case number *(If known)*  **6:22-bk-03123**
         <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| **Misc. pool supplies and materials currently located on client job sites** | | $70,000.00 | FMV | $70,000.00 |

**21.    Finished goods, including goods held for resale**

**22.    Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| **Misc. Electric Tools and Hand Tools** | | $17,200.00 | FMV | $17,200.00 |
| **Misc. Storage Racks** | | $5,000.00 | FMV | $5,000.00 |

**23.    Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| |
|---|
| $184,000.00 |

**24.    Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** **Desks- $5,000.00** **Chairs- $9,400.00** **Other Misc. Office Furniture- $17,200.00** | $31,600.00 | FMV | $31,600.00 |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** **Computers, Routers, TVs and other misc.** **Office Electronics** | $12,000.00 | FMV | $12,000.00 |

Debtor    **Legacy Pools LLC**                                          Case number *(If known)*  **6:22-bk-03123**
          Name

| Office Copier | Unknown | | Unknown |
|---|---|---|---|

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                            **$43,600.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Ford F-150 Super Cab**<br>**VIN # 1FTEX1CP0GFA97742**<br>**(Paid Off)** | **$16,641.00** | **KBB** | **$16,641.00** |
| 47.2. **2018 Ford F-150 Supercrew**<br>**VIN # 1FTEW1CP1FKD04115** | **$20,864.00** | **KBB** | **$20,864.00** |
| 47.3. **2018 Ford F-150 King Ranch**<br>**VIN # 1FTEW1C54JKE77666** | **$28,454.00** | **KBB** | **$28,454.00** |
| 47.4. **2007 Chevrolet Silverado C2500**<br>**VIN # 1GHC29KX7E527065**<br>**(Paid Off)** | **$2,000.00** | **KBB** | **$2,000.00** |
| 47.5. **2018 Ford F150 Supercrew Cab King**<br>**Ranch Pickup**<br>**Vin # 1FTEW1C53JFC47044** | **$28,545.00** | **KBB** | **$28,454.00** |
| 47.6. **2017 Nissan Frontier Crewcab SL**<br>**VIN # 1N6DD0EV1HN768947** | **$16,919.00** | **KBB** | **$16,919.00** |
| 47.7. **2015 Freight Liner**<br>**VIN # 1FVACXDU7FHGD4629** | **$45,000.00** | **KBB** | **$45,000.00** |

| Debtor | **Legacy Pools LLC** | Case number *(If known)* | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.8. | **2021 Ford F150 Supercrew Cab Platinum Pickup**<br>**VIN # 1FTFW1E51MKD18870**<br>**Mileage: 21,500** | $57,220.00 | KBB | $57,220.00 |
| 47.9. | **2020 Ford Expedition Max Platinum Sport Utility**<br>**VIN # 1FMJK1MT6LEA08535**<br>**Mileage: 54,915** | $53,178.00 | KBB | $53,178.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | $268,730.00 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ■ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   - ■ No.  Go to Part 10.
   - ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ☐ No.  Go to Part 11.
   - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

| Debtor | **Legacy Pools LLC** | | Case number *(If known)* | **6:22-bk-03123** |
|---|---|---|---|---|
| | Name | | | |

**www.legacypools.com**
**www.mylegacypool.com**
**www.legacypoolsservice.us**
**www.legacypools.org**
**www.legacypools.info**
**www.legacypoolsservice.com**
**www.legacypoolsservice.net**
**www.legacypoolsservice.info**
**www.legacypoolsservice.org**
**www.legacypoolsofficial.com**                                         $0.00                                    Unknown

62.  **Licenses, franchises, and royalties**
     **Certified Pool Contractor**
     **License number CPC1459154**                                     $0.00                                    Unknown

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                     $0.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Legacy Pools LLC**                                  Case number *(If known)*  **6:22-bk-03123**
                Name

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,226.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,561.11 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $162,722.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $184,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $268,730.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $664,839.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $664,839.97 |

**Fill in this information to identify the case:**

Debtor name  **Legacy Pools LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:22-bk-03123**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Ally**<br>Creditor's Name<br><br>**PO Box 78234**<br>**Phoenix, AZ 85062**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2021 Ford F150 Supercrew Cab Platinum Pickup**<br>**VIN # 1FTFW1E51MKD18870**<br>**Mileage: 21,500** | $74,473.84 | $57,220.00 |

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 Ally**<br>Creditor's Name<br><br>**PO Box 78234**<br>**Phoenix, AZ 85062**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2018 Ford F-150 King Ranch**<br>**VIN # 1FTEW1C54JKE77666** | $34,024.01 | $28,454.00 |

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Legacy Pools LLC** | | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ascentium Capital, LLC** | Describe debtor's property that is subject to a lien | $26,000.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Freight Liner**
**VIN # 1FVACXDU7FHGD4629**

**23970 Highway 59 N**
**Kingwood, TX 77339**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Credit** | Describe debtor's property that is subject to a lien | $45,000.00 | $20,864.00 |
|---|---|---|---|---|

Creditor's Name

**2018 Ford F-150 Supercrew**
**VIN # 1FTEW1CP1FKD04115**

**P.O. Box 452000**
**Omaha, NE 68154-8000**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Credit** | Describe debtor's property that is subject to a lien | $50,000.00 | $28,454.00 |
|---|---|---|---|---|

Creditor's Name

**2018 Ford F150 Supercrew Cab King Ranch Pickup**
**Vin # 1FTEW1C53JFC47044**

**P.O. Box 452000**
**Omaha, NE 68154-8000**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

Debtor    **Legacy Pools LLC**                                              Case number (if known)    **6:22-bk-03123**
_____
Name

|  | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Ford Credit** | Describe debtor's property that is subject to a lien | $28,000.00 | $16,919.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 452000**
**Omaha, NE 68154-8000**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2017 Nissan Frontier Crewcab SL**
**VIN # 1N6DD0EV1HN768947**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ford Credit** | Describe debtor's property that is subject to a lien | $66,000.00 | $53,178.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 452000**
**Omaha, NE 68154-8000**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2020 Ford Expedition Max Platinum Sport Utility**
**VIN # 1FMJK1MT6LEA08535**
**Mileage: 54,915**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Keystone Equipment Finance Corp.** | Describe debtor's property that is subject to a lien | **Unknown** | $0.00 |
|---|---|---|---|---|

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|

Name

Creditor's Name

**P.O. Box 330429**
**West Hartford, CT**
**06133-9938**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **MCA Servicing Company** | Describe debtor's property that is subject to a lien | $310,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Personal Property**

**1617 SE 11th Street**
**Fort Lauderdale, FL 33316**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Samson MCA LLC** | Describe debtor's property that is subject to a lien | $1,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Personal Property**

**17 State Street**
**6th Floor**
**New York, NY 10004**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

| Debtor | **Legacy Pools LLC** | | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 1 | **U.S. Bank Equipment Finance** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1310 Madrid Street
Marshall, MN 56258**

Creditor's mailing address

**Office Copier**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **U.S. Small Business Admin.** | Describe debtor's property that is subject to a lien | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**233 Peachtree Street NE
Suite 1800
Atlanta, GA 30303**

Creditor's mailing address

**Personal Property**

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,633,497.85** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name     **Legacy Pools LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:22-bk-03123**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
|  | **Adam Winter**<br>**7690 Kerrington Dr.**<br>**Melbourne, FL 32940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: __ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
|  | **Adriana Falotico**<br>**2305 Rapollo Dr**<br>**Kissimmee, FL 34741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: __ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
|  | **Ahmed Saidi**<br>**1310 Fountain Coin Loop**<br>**Orlando, FL 32828** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: __ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
|  | **Akiya Nivens**<br>**11891 Fiction Ave.**<br>**Orlando, FL 32832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: __ | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alberto Dejesus**
**2818 Running Brook Circle**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alejandro Satizabal**
**9850 Pecan Hickory Way**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alex Serna**
**10063 Hart Branch Cir.**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Browning**
**4666 Fairy Tale Circle**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Brugal**
**14330 Alafaya Oak Bend**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexis Vazquez**
**357 Cedar Ave.**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ally Financial**
**P.O. Box 380901**
**Minneapolis, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Allyson Scheck**
**187 Bali St SE**
**Palm Bay, FL 32907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Alwin Ortiz**
**10645 Fairhaven Way**
**Orlando, FL 32825**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**AM Trust Financial Services, Inc**
**800 Superior Avenue, E**
**Cleveland, OH 44114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**American Express**
**P.O. Box 981535**
**El Paso, TX 79990**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$43,000.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Andrea & Jonathan Gutierrez**
**4622 Shannock Ave.**
**Merritt Island, FL 32953**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Angel Morales**
**2611 Villagio Blvd.**
**Saint Cloud, FL 34772**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Aniket Vartak**
**3716 Vinsetta Ct.**
**Winter Park, FL 32792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Legacy Pools LLC** | | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|---|
| | Name | | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anita Pendleton**
**530 Rosada St.**
**Satellite Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anne Larson**
**795 Huntington St NE**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anniaday Morris**
**2459 Empress Drive**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anthony Deluccio**
**2071 Tiburon Ln.**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ashmeet Kalra**
**3716 Vinsetta Ct.**
**Winter Park, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Assia Ramadan**
**4610 Falcon Ave.**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Astride Jean**
**2089 Oneta Ct.**
**Orlando, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Bijan (Nik) Moradi**
**Christopher Burton Homes, Inc.**
**3618 Lake Adelaide Pl**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Billie Gene Shepherd**
**524 Hammond St SW**
**Palm Bay, FL 32908**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Bishoy Adel Rezek**
**1675 Peacy Lily Way**
**Oviedo, FL 32765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Bishoy Rezek**
**1675 Peace Lily Way**
**Oviedo, FL 32765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Bonnie Sellers**
**7278 Preserve Pointe Dr.**
**Merritt Island, FL 32953**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Brad Dotson**
**12095 Ballard Place**
**Orlando, FL 32832**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Brad Rosen**
**5847 Indigo Crossing Drive**
**Rockledge, FL 32955**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,153.85 |
|---|---|---|---|

**Brandon Serena**
**507 N Carolina Ave**
**Cocoa, FL 32922**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Watters**
**3805 Wind Dancer Cir.**
**Saint Cloud, FL 34772**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Wilson**
**190 Wading Bird Circle SW**
**Palm Bay, FL 32908**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brendon Miller**
**162 Bimini Rd.**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brett Rieder**
**790 New Hampton Way**
**Merritt Island, FL 32953**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,311.01 |
|---|---|---|---|

**Brian King**
**19900 Carnation Rd.**
**Altoona, FL 32702**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Murphy**
**306 Bali St. SE**
**Palm Bay, FL 32909**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$807.69**

**Brittany Gray**
**2134 Nebula Way**
**Apt 204**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bruce Mendiola**
**3755 Indian River Dr.**
**Cocoa, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Byron David Patrick**
**3286 Framingham Ave SW**
**Palm Bay, FL 32908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Camiren Stewart**
**4652 Shannock Ave.**
**Merritt Island, FL 32953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Candice Adams**
**14826 Trapper Rd.**
**Orlando, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Caridad Ruiz**
**530 S Oxalis Ave.**
**Orlando, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Wong-Soi**
**280 Edgewater Ave SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carmen Figueroa**
**3811 Enchantment Lane**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,442.31** |
|---|---|---|---|

**Charles Black**
**4647 Broomsedge Circle**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles Sardono**
**8252 Paragrass Ave.**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Horner**
**176 E Coral Way**
**Indialantic, FL 32903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Jonas**
**3605 Archdale St.**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Jones**
**4055 Fawn Lake Blvd.**
**Mims, FL 32754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Weaver**
**596 Kylar Drive NW**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number *(if known)* | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Christina Houle**
**4845 Hebron Dr**
**Merritt Island, FL 32953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Cindy & Jay Schuckers**
**7955 Babcock St.**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Cindy Finnegan**
**10035 Pecan Hickory Way**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Claudia Ratcliffe**
**3717 Loggerhead Lane**
**Mims, FL 32754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Claudio Adams & Jason**
**2131 Avian Loop**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Colin & Marisa McAdorey**
**541 Breezeway Ave NE**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

**Corey Jasmin**
**3560 Todd Lane**
**Mims, FL 32754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cricket Black**
**4030 Dragonfly Dr**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Crystal Veiga**
**1781 Widing Ridge Circle SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia Abbey**
**3110 Gatlin Dr**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cyril Teekasingh**
**3863 Wind Dancer Circle**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dan LeBlanc**
**303 Surf Dr.**
**Cape Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Colon**
**10533 Bruun Pl**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Doerr**
**40 E Preston Street**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address
**Danielle Kosh**
**3496 Whimsical Cir**
**Rockledge, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.69** | Nonpriority creditor's name and mailing address
**Danielle Turlington**
**4697 Alamanda Dr.**
**Melbourne, FL 32940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.70** | Nonpriority creditor's name and mailing address
**Danny & Minerva Villanueva**
**3280 Alandi Dr**
**Melbourne, FL 32940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.71** | Nonpriority creditor's name and mailing address
**David & Charlotte Somach**
**5465 Vacaro Ave**
**Cocoa, FL 32926**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.72** | Nonpriority creditor's name and mailing address
**David Blackwell Sr**
**553 Cooper Ct SW**
**Palm Bay, FL 32908**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.73** | Nonpriority creditor's name and mailing address
**David Johnson**
**3620 Salt Marsh Cir.**
**Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.74** | Nonpriority creditor's name and mailing address
**David Wyndham**
**866 Wentworth St.**
**Sebastian, FL 32958**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dawn Verbal**
**1250 Chichester St.**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deana Rivera & Elizabeth Fernand**
**2562 Empress Drive**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deborah Bryant**
**4255 El Dorado Way**
**Melbourne, FL 32934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deborah Charles**
**1992 Killian Drive NE**
**Palm Bay, FL 32905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Demaris Oyola-Cintron**
**4417 Magenta Isles Dr.**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Desmond (Desi) Rivera**
**1027 Tide Rd SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Diora Guzman**
**574 Land Rd SW**
**Palm Bay, FL 32908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Legacy Pools LLC**                                      Case number (if known)    **6:22-bk-03123**
          _____
          Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Domingo Maza Mallea**
**4435 Flood St.**
**Cocoa, FL 32927**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Don Smith**
**455 Loymer Cir**
**Merritt Island, FL 32953**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Donna Faria**
**1875 Turpentine Rd.**
**Mims, FL 32754**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Donna Seidel**
**206 Guinevere Dr SW**
**Palm Bay, FL 32908**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Doris Ramirez**
**2752 Eagle Ridge Loop**
**Kissimmee, FL 34746**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Dr. Diego Bahamon**
**8539 Morehouse Drive**
**Orlando, FL 32836**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Dudley Sylvain**
**15709 Montesino Dr**
**Orlando, FL 32828**

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dwight Soto**
**1820 Valley Forge Dr.**
**Saint Cloud, FL 34769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dyelan & Nitika Phillips**
**10820 Savona Way**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ed Rodriguez**
**9101 Merrifield St.**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ed Smith**
**785 Fairhope St SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $961.54 |
|---|---|---|---|

**Edward Rios**
**2341 Equinox Dr**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.38 |
|---|---|---|---|

**Ein Jeardoe**
**756 Delano Ave NW**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elena & Kevin Beber**
**1258 Alto Vista Dr.**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elizabeth Hughes**
**208 Barbarossa Rd NW**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emily Walker**
**10045 Malmsbury Rd.**
**Orlando, FL 32829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.44 |
|---|---|---|---|

**Erica Bevell**
**4155 Sage Brush Circle**
**Melbourne, FL 32901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erica Hayes**
**3569 Poseidon Way**
**Melbourne, FL 32903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erich Schukoske**
**804 Musgrass Circle**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erick Vazquez**
**190 Twilight Street NE**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erika Larios Grimaldi**
**12572 Bovet Ave**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|
| **Ewing Irrigation &** | | |
| **Landscape Supply** | ☐ Contingent | |
| **Parker Law Firm Attn: Mike Allen** | ☐ Unliquidated | |
| **11801 N. Tatum Blvd. Ste 229** | ☐ Disputed | |
| **Phoenix, AZ 85028** | | |
| | Basis for the claim: __Vendor__ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Fabio Maia** | ☐ Contingent | |
| **2571 Brookshire Cir** | ☐ Unliquidated | |
| **Melbourne, FL 32904** | ☐ Disputed | |
| | Basis for the claim: __ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Fernanda Cocicov** | ☐ Contingent | |
| **14371 Walcott Ave** | ☐ Unliquidated | |
| **Orlando, FL 32827** | ☐ Disputed | |
| | Basis for the claim: __ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310,000.00** |
|---|---|---|
| **Florida Water Products** | ☐ Contingent | |
| **2720 Center Place** | ☐ Unliquidated | |
| **Melbourne, FL 32940** | ☐ Disputed | |
| | Basis for the claim: __Vendor__ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Freddy Rivera** | ☐ Contingent | |
| **1840 Big Buk Drive** | ☐ Unliquidated | |
| **Saint Cloud, FL 34772** | ☐ Disputed | |
| | Basis for the claim: __ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Gabrielle Sanders-Morency** | ☐ Contingent | |
| **4932 Blanche Court** | ☐ Unliquidated | |
| **Saint Cloud, FL 34772** | ☐ Disputed | |
| | Basis for the claim: __ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$923.08** |
|---|---|---|
| **Gauge Walker** | ☐ Contingent | |
| **1478 Meadowbrook Rd.** | ☐ Unliquidated | |
| **Palm Bay, FL 32905** | ☐ Disputed | |
| | Basis for the claim: __ | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Legacy Pools LLC** | | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Genna Ukstins** | ☐ Contingent | |
| | **129 Bayamo Ave** | ☐ Unliquidated | |
| | **Palm Bay, FL 32907** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,057.69** |
|---|---|---|---|
| | **Geoffrey Walder** | ☐ Contingent | |
| | **7130 Scrub Jay Lane** | ☐ Unliquidated | |
| | **Clermont, FL 34714** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **George & Monine Velez** | ☐ Contingent | |
| | **2385 Crescent Moon Street** | ☐ Unliquidated | |
| | **Kissimmee, FL 34746** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **George Chakal** | ☐ Contingent | |
| | **13753 Heaney Ave** | ☐ Unliquidated | |
| | **Orlando, FL 32827** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **George Vandoros** | ☐ Contingent | |
| | **4536 Merlot Dr.** | ☐ Unliquidated | |
| | **Rockledge, FL 32955** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Glen MacPherson** | ☐ Contingent | |
| | **5240 Ambrosia Lane** | ☐ Unliquidated | |
| | **Merritt Island, FL 32953** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$738.33** |
|---|---|---|---|
| | **Glenda Casillas** | ☐ Contingent | |
| | **205 Wishing Well Cir SW** | ☐ Unliquidated | |
| | **Palm Bay, FL 32908** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Legacy Pools LLC** | | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|---|
| | Name | | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Glenn Closson** | ☐ Contingent | |
| | **1353 Cumbie St.** | ☐ Unliquidated | |
| | **Orlando, FL 32804** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,893.00 |
|---|---|---|---|
| | **Guniters LLC** | ☐ Contingent | |
| | **415 Page St.** | ☐ Unliquidated | |
| | **Orlando, FL 32806** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Vendor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gustavo Garcia** | ☐ Contingent | |
| | **9742 Hatton Cir.** | ☐ Unliquidated | |
| | **Orlando, FL 32832** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gustavo Lessa** | ☐ Contingent | |
| | **7974 Chilton Dr** | ☐ Unliquidated | |
| | **Orlando, FL 32836** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Hans Meyer** | ☐ Contingent | |
| | **4843 Falcon Blvd.** | ☐ Unliquidated | |
| | **Cocoa, FL 32927** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Heather Dawn Watts** | ☐ Contingent | |
| | **4113 Palladian Way** | ☐ Unliquidated | |
| | **Melbourne, FL 32904** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Heather Rutkowski** | ☐ Contingent | |
| | **11142 Bugenhagen Dr.** | ☐ Unliquidated | |
| | **Orlando, FL 32832** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hernan Gonzalez**
**5621 Western Sun Drive**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Horner Express**
**5755 Powerline Rd.**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ilka Santiago**
**1524 Caterpillar St.**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Imari Williams**
**3928 Tangle Dr.**
**Titusville, FL 32796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.75 |
|---|---|---|---|

**Imperio Rojas**
**1743 Mission Bay Cir.**
**Apt 108C**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Irvin & Kim Sanchez**
**1913 Cayman Cove Circle**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Israel Maldonado**
**3582 Vega Creek Dr**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Legacy Pools LLC**                                              Case number (if known)    **6:22-bk-03123**

Name

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ivelisse & Ruben Velasquez** | ☐ Contingent | |
| | **10250 Flowers Ave.** | ☐ Unliquidated | |
| | **Orlando, FL 32825** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ivelisse Maldonado** | ☐ Contingent | |
| | **2062 Brillante Dr** | ☐ Unliquidated | |
| | **Saint Cloud, FL 34771** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,153.85 |
|---|---|---|---|
| | **Jaclyn Salvatore** | ☐ Contingent | |
| | **3328 Constellation Drive** | ☐ Unliquidated | |
| | **Melbourne, FL 32940** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Jacquelynn Wolfhart** | ☐ Contingent | |
| | **1877 Elkins Point Dr.** | ☐ Unliquidated | |
| | **Melbourne, FL 32935** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Jaime Serrano** | ☐ Contingent | |
| | **721 Sugarbush St.** | ☐ Unliquidated | |
| | **Saint Cloud, FL 34771** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **James & Mary Amrhein** | ☐ Contingent | |
| | **2100 Turkey Oak Ct.** | ☐ Unliquidated | |
| | **Oviedo, FL 32766** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **James Butler** | ☐ Contingent | |
| | **2420 Heron Ct.** | ☐ Unliquidated | |
| | **Saint Cloud, FL 34771** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Szczybor**
**400 E Amherst Circle**
**Satellite Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Janet Madden**
**3672 Whimsical Circle**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jannine Wilson**
**3507 Saxony Lane**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jason Race**
**2757 College View Drive**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jason Roelse**
**765 Boughton Way**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jay Paciello**
**13322 Alderley Drive**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jean-Claude Baker**
**625 Flowerwood Dr. SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Jeff Pigott**
**269 Loggerhead Dr.**
**Melbourne Beach, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Jenna Gaines**
**300 Bahama Dr**
**Indialantic, FL 32903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Jennifer Geehan**
**320 Avenida De La Vista**
**Indialantic, FL 32903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Jennifer Terrero**
**5950 Aligator Lake Shore W.**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Jeremy Perkins**
**1234 Saw Court SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Jesse Marsh**
**5230 Wild Cinnamon Dr**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Jessica Acton**
**4624 Marcos Circle**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

3.152 | Nonpriority creditor's name and mailing address
**Jessica Torres**
**473 Crystal Mist Rd NW**
**Palm Bay, FL 32907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.153 | Nonpriority creditor's name and mailing address
**Jessie Mariaca**
**5180 Ambrosia Lane**
**Merritt Island, FL 32953**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.154 | Nonpriority creditor's name and mailing address
**Jill Goessel**
**1036 Cady Cir.**
**Titusville, FL 32780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.155 | Nonpriority creditor's name and mailing address
**Jim Captain**
**5778 Cheshire Dr.**
**Titusville, FL 32780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.156 | Nonpriority creditor's name and mailing address
**Jim Morrison**
**6907 Blackberry Ct.**
**Melbourne, FL 32940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.157 | Nonpriority creditor's name and mailing address
**Joan Hipp**
**1610 Riverside Dr.**
**Titusville, FL 32780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.158 | Nonpriority creditor's name and mailing address
**Joe Devlin**
**4901 Manchester Drive**
**Rockledge, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Joe Schlicher**
**3480 Salt Marsh Circle**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Joe Worob**
**4359 Sunny Creek Place**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Joey (Jose) Montanez**
**3529  Bristol Cove Lane**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**John & Serena Sodl**
**3554 Edsel Ave.**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Johnnie Norris**
**2975 Savannahs Trail**
**Merritt Island, FL 32953**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Burgos and Karla Serrano**
**12128 Ampersand Dr.**
**Orlando, FL 32832**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Davila**
**1062 Willow Branch Dr.**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose E. Montanez**
**3529 Bristol Cove Lane**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose Luis Delgado**
**12764 Bovet Ave**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jose M. Mendez**
**5859 Covington Cove Way**
**Orlando, FL 32829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joseph M Coffaro**
**3650 Kite Street**
**Titusville, FL 32796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,259.00 |
|---|---|---|---|

**Joseph Misuraca**
**336 Ritter Ave NE**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Josh Lueck**
**3109 Conrad Ct.**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joshua & Kara Claro**
**1182 San Matio St SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jowan & Grabriella Joseph**
**19829 Seaview St.**
**Orlando, FL 32833**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Joyanna Jomaa**
**259 Biltmore Ave NE**
**Palm Bay, FL 32907**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Juan Izquierdo**
**2917 Jebidiah Loop**
**Saint Cloud, FL 34772**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Julie & Dan Markiewicz**
**1101 W New Hampshire St**
**Orlando, FL 32804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Julie Thompson**
**1612 Killian Dr NE**
**Palm Bay, FL 32905**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Justin Brothers**
**1403 Floyd Dr.**
**Rockledge, FL 32955**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kacey Muchard**
**3220 Escondido Dr**
**Orlando, FL 32827**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kajal Delvadia
Rosewood Homes, Inc.
4453 Milost Dr
Rockledge, FL 32955

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kari Niedermaier
720 Ora Dell Ave.
Titusville, FL 32796

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Karla & Lincoln Salmon
3480 Diamond Leaf Ln.
Oviedo, FL 32766

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kathryn Harrison
5980 Nova Road
Saint Cloud, FL 34771

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Katrina Dahdah
2151 Valkaria Rd.
Malabar, FL 32950

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Keisha Teixeira
925 Valkaria Rd.
Malabar, FL 32950

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Keith & Jennifer Devlin
4466 Broomsedge Cir.
Melbourne, FL 32904

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.187**

**Nonpriority creditor's name and mailing address**

**Keith Aldridge**
**4180 Careywood Drive**
**Melbourne, FL 32934**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.188**

**Nonpriority creditor's name and mailing address**

**Keith Carpenter**
**4680 Papaya St.**
**Cocoa, FL 32926**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.189**

**Nonpriority creditor's name and mailing address**

**Kelly Swartz**
**1361 Ran Road SE**
**Palm Bay, FL 32909**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.190**

**Nonpriority creditor's name and mailing address**

**Kenny Pham**
**5219 Ambrosia Lane**
**Merritt Island, FL 32953**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.191**

**Nonpriority creditor's name and mailing address**

**Keven Beber**
**1258 Alto Vista Drive**
**Melbourne, FL 32904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.192**

**Nonpriority creditor's name and mailing address**

**Kevin Agurkis**
**1011 Cane Creek Ct.**
**Oviedo, FL 32765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Kim Maier**
**2229 Woodlawn Cir.**
**Melbourne, FL 32934**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Legacy Pools LLC** | | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kim Plymale** | ☐ Contingent | |
| | **20430 Netherland Street** | ☐ Unliquidated | |
| | **Orlando, FL 32833** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,442.31** |
|---|---|---|---|
| | **Kristin Black** | ☐ Contingent | |
| | **4647 Broomsedge Circle** | ☐ Unliquidated | |
| | **Melbourne, FL 32904** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kristin Kelly** | ☐ Contingent | |
| | **3775 Hield Rd.** | ☐ Unliquidated | |
| | **Melbourne, FL 32904** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kurt Charles** | ☐ Contingent | |
| | **8596 Stalwart Circle** | ☐ Unliquidated | |
| | **Melbourne, FL 32940** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lance Nelsen** | ☐ Contingent | |
| | **9928 Riverview Dr** | ☐ Unliquidated | |
| | **Sebastian, FL 32976** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Latrice Stewart** | ☐ Contingent | |
| | **14342 Alafaya Oak Bend** | ☐ Unliquidated | |
| | **Orlando, FL 32828** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Laura Cleverly** | ☐ Contingent | |
| | **891 Lyons Circle NW** | ☐ Unliquidated | |
| | **Palm Bay, FL 32907** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laura Corrales**
**2931 Casterton Dr**
**Melbourne, FL 32904**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Laurent Baudel**
**1039 Carriage Hill Rd.**
**Melbourne, FL 32940**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leanne Olmscheid**
**1364 Jarvis St NW**
**Palm Bay, FL 32907**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lincoln Salmon**
**3480 Diamond Leaf Lane**
**Oviedo, FL 32766**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsay Hickerson**
**807 Riverside Dr.**
**Melbourne Beach, FL 32951**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsey Tuttle**
**10225 Park Row Ct.**
**Orlando, FL 32832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa & Steve Sweeney**
**7020 Bismarck Rd.**
**Cocoa, FL 32927**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Lisa Long**
**3553 Whimsical Cir.**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Logan Hubert**
**3328 Wauseon Dr.**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Loretta Blair**
**813 SOrrel St NW**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Luis & Jennifer Gonzalez**
**3615 Burdock Ave**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Luis Luna**
**13820 Rushing Creek Run**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Luis Medina**
**3496 Fox Hollow Dr**
**Orlando, FL 32829**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Luke Gomoll**
**2765 Whistler Street**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.215** | Nonpriority creditor's name and mailing address
**Manoel Loureiro**
**13612 Lessing Ave**
**Orlando, FL 32827**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.216** | Nonpriority creditor's name and mailing address
**Manuel Rivera**
**2321 Rapollo Drive**
**Kissimmee, FL 34741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.217** | Nonpriority creditor's name and mailing address
**Maria Cristina Cardenas (Rojas)**
**12657 Bovet Ave.**
**Orlando, FL 32827**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.218** | Nonpriority creditor's name and mailing address
**Mariana Vetere**
**7802 Turkey Oak Lane**
**Kissimmee, FL 34747**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.219** | Nonpriority creditor's name and mailing address
**Marica Norman**
**1029 Alba Dr.**
**Orlando, FL 32804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.220** | Nonpriority creditor's name and mailing address
**Marielsa Caraballo**
**2482 Dammar St.**
**Orlando, FL 32824**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.221** | Nonpriority creditor's name and mailing address
**Mark & Lesa Lorusso**
**6239 Lotus Landing**
**Merritt Island, FL 32952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Cornago**
**2212 Taylor Creek Ct.**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Kramer**
**4119 Sunset Preserve Blvd.**
**Orlando, FL 32820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Reyes**
**3054 Natoma Way**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlena Ganem**
**420 Mercer St NW**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlon & Janiris Vazquez**
**12015 Uleta Lane**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Marlon Acosta**
**10525 Fairhaven Way**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Martha Langley**
**2734 Sam Snead St.**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Marvin Kemp
1781 Bridgeport Circle
Rockledge, FL 32955

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Matt Field
639 Monterey Drive
Satellite Beach, FL 32937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Matt Hausmann
1195 Two Oaks Blvd.
Merritt Island, FL 32952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Matthew Ahmady
2510 Seggolia Lane
Kissimmee, FL 34741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Melina Alcivar
4881 Stone Acres Cir.
Saint Cloud, FL 34771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Melissa Vega
2901 Forester Ct.
Kissimmee, FL 34758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Melvin Torres
3660 Breezy Point Ln.
Cocoa, FL 32926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Alan Lee**
**1107 Fulton Cir.**
**Titusville, FL 32780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Alicea**
**14939 Twinberry Drive**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael B. Evans**
**9215 Winter Garden Vineland Rd.**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Blake Aldridge**
**1680 Vally Rd.**
**Grant, FL 32949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$961.54** |
|---|---|---|---|

**Michael Choppe**
**2510 N Palm Drive**
**Cocoa, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Grande**
**361 Hammock Rd SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Krebs**
**548 Fredericksburg St SW**
**Palm Bay, FL 32908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|--------|----------------------|------------------------|-------------------|
|        | Name                 |                        |                   |

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michael Parkinson**
**5541 Potenza Drive**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michael Stevens**
**265 Bay Tree Lane**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michael Vacirca**
**534 Daniels Ave**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Michelle Simmons**
**797 Bautzen Ave NW**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Miriam Gonzalez**
**1635 Fuji Dr.**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Monica Daniel**
**5200 Ambrosia Lane**
**Merritt Island, FL 32953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Monica Persaud Tiedt**
**9436 Bordet Court**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Motti Horesh** | ☐ Contingent | |
| | **3088 Casterton Dr** | ☐ Unliquidated | |
| | **Melbourne, FL 32940** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nancy Bowen** | ☐ Contingent | |
| | **783 Alfonso Ave SE** | ☐ Unliquidated | |
| | **Palm Bay, FL 32909** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Naoma Alvarez** | ☐ Contingent | |
| | **2466 Flowering Dogwood Dr.** | ☐ Unliquidated | |
| | **Orlando, FL 32828** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Natasha Wheaton** | ☐ Contingent | |
| | **395 Ursa Ave** | ☐ Unliquidated | |
| | **Merritt Island, FL 32953** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,153.85** |
|---|---|---|---|
| | **Nazare Serena** | ☐ Contingent | |
| | **507 N Carolina Ave** | ☐ Unliquidated | |
| | **Cocoa, FL 32922** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Zervos** | ☐ Contingent | |
| | **314 Loymer Circle** | ☐ Unliquidated | |
| | **Merritt Island, FL 32953** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicole & Jason Sparkman** | ☐ Contingent | |
| | **10731 Belle Maisons Dr.** | ☐ Unliquidated | |
| | **Orlando, FL 32832** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

**3.257** Nonpriority creditor's name and mailing address
**Nikki Marie and Jason Jimenez**
**654 Windrose Dr.**
**Orlando, FL 32824**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.258** Nonpriority creditor's name and mailing address
**NuVantage Insurance Corporation**
**3905 W Eau Gallie Blvd.**
**Suite 104**
**Melbourne, FL 32935**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$75,000.00**

---

**3.259** Nonpriority creditor's name and mailing address
**Orlando & Maria Santiago**
**1433 Sitka Ln.**
**Malabar, FL 32950**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260** Nonpriority creditor's name and mailing address
**Orlando Martinez**
**1967 Stillwood Way**
**Saint Cloud, FL 34771**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261** Nonpriority creditor's name and mailing address
**Oscar Lopez**
**1912 Killian Drive NE**
**Palm Bay, FL 32905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262** Nonpriority creditor's name and mailing address
**Pablo Bigio**
**2455 Empress Dr**
**Kissimmee, FL 34741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.263** Nonpriority creditor's name and mailing address
**Pamela Berg Vandenberg**
**1231 Creek Side Circle**
**Rockledge, FL 32955**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Pat & Rhonda Lee**
**455 North Shore Dr.**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Patricia Hogan**
**5641 Sparrows Wood Dr.**
**Titusville, FL 32780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Patricia Trabal Rodriguez**
**2480 Seggolia Ln.**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Patrick Englishby**
**3329 Cappannelle Dr**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Patrick Lyons**
**5279 Ambrosia Lane**
**Merritt Island, FL 32953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Patrick Stoehr**
**8224 Knotwood Ave**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Patrick Voltaire**
**4035 Toby Ave.**
**Malabar, FL 32950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Paul & Antoinette Piso**
**3935 Baldwin Drive**
**Micco, FL 32976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038.46**

**Phillipe Pompeu**
**1078 Hermosa Way**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00**

**Prestige Gunite**
**3825 Selvitz Rd.**
**Fort Pierce, FL 34981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Pursuit Investments**
**2073 Sorento Circle**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rachael Howard**
**5410 Extravagant Ct.**
**Rockledge, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$680.00**

**Rachel Murphy**
**1438 Mycroft Dr**
**Cocoa, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Rafael Hermida**
**4717 Marcos Circle**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ramon Martinez-Rosario**
**3705 Burdock Ave**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ray Howard**
**5410 Extravagant Ct.**
**Cocoa, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rebekah Ellen Martino**
**3353 Jay Tee Dr**
**Melbourne, FL 32901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Reinier Gonzalez**
**921 Andrew Street SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rex Parmelee**
**1460 Blueberry Dr.**
**Titusville, FL 32780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rhina & Jose Flores**
**901 Dateland Rd SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rhonda Bongiovanni**
**14635 Walcott Ave.**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rhonda Lee**
**455 North Shore Dr.**
**FL 32921**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Gutierrez**
**10725 Belle Maisons Dr**
**Orlando, FL 32832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Helmer**
**3961 Ridgewood Dr.**
**Titusville, FL 32796**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Hulse**
**5452 Yaupon Holly Dr**
**Cocoa, FL 32927**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard Stickland**
**15255 107th Street**
**Fellsmere, FL 32948**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rick Gutierrez**
**10725 Belle Maisons Dr**
**Orlando, FL 32832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rita Shapiro**
**3046 Casterton Dr.**
**Melbourne, FL 32940**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,070.00 |
|---|---|---|---|

**Robert Misuraca**
**336 Ritter Ave NE**
**Palm Bay, FL 32907**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rodney & Christine Lockwood**
**1067 Federal Ave. SE**
**Palm Bay, FL 32909**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rodrigo Aquino**
**3370 Ribbon Grass Dr**
**Melbourne, FL 32940**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Roger Huaman**
**3342 Primrose Willow Dr**
**Saint Cloud, FL 34773**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rolando Mir**
**9265 Highway A1A**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ron Fine**
**6140 Baltimore Ave.**
**Cocoa, FL 32927**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald Martin**
**281 Hinchman St.**
**Palm Bay, FL 32909**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruben Rivera**
**710 Windlass Ct.**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Gorsuch**
**2991 Bobby Jones St.**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Marshall**
**4925 Blanche Ct**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Salee Starbuck**
**1168 Rivermont Dr.**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sally Hamilton**
**4112 Anlow Rd.**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sam & Laura Meyers**
**6901 Bridgeman Street**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sam Ramadan**
**3601 Mount Vernon Way**
**Kissimmee, FL 34741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sandra Tejada**
**5268 Wexford Dr.**
**Rockledge, FL 32955**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sandra Waterman**
**3655 Valkaria Road**
**Malabar, FL 32950**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sandy Boeshaar**
**809 Seven Gables Cir. SE**
**Palm Bay, FL 32909**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sandy Wall**
**3610 Charmed Lane**
**Saint Cloud, FL 34772**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sara Wong-Soi**
**280 Edgewater Ave SE**
**Palm Bay, FL 32909**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sarah Hidy**
**3655 Ponderosa Rd.**
**Malabar, FL 32950**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**SCP Distributors**
**485 Distribution Drive, W.**
**Melbourne, FL 32904**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sean Mann**
**5034 Tibet Court**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shalom & Carmen Einhorn**
**8975  South A-1-A**
**Melbourne Beach, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shirley Ntim**
**1150 Umbria Ln.**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sklveus Blanc**
**999 Forest St. NE**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sol Goodwin**
**4531 Bellaluna Dr**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stefan Peterson**
**6523 Broglie St.**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stephanie Nesius**
**4636 Broomsedge Cir.**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steve Rajavuori**
**110 La Riviere Rd.**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steven Hobbs**
**1607 Snapper St.**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steven Ronald Wade**
**1585 Newfound Harbor Dr.**
**Merritt Island, FL 32952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steven Thompson**
**4346 Sunny Creek Place**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stuart Langley**
**2734 Sam Snead St.**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sue Jean-Baptiste**
**3293 Wauseon Dr.**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Suly Diaz**
**4790 Cypress Forest Ln.**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Legacy Pools LLC | Case number (if known) | 6:22-bk-03123 |
|---|---|---|---|
| | Name | | |

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Suresh Kumar Rajamani**
**2738 Casterton Drive**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Susan Sheldon**
**307 Madison Ave**
**Cape Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tanya Colzani**
**182 Via De La Reina**
**Merritt Island, FL 32953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tatyana Love**
**1191 Sexton Rd SW**
**Palm Bay, FL 32908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas & Angela Preston**
**6196 Noel Lane**
**Mims, FL 32754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tierra Humphrey**
**5224 Waterside Vista Lane**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Tiffany Patrick**
**3286 Framingham Ave SW**
**Palm Bay, FL 32908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address**<br>**TJ Koger**<br>**608 Mandalay Grove Ct.**<br>**Merritt Island, FL 32953** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.335 | **Nonpriority creditor's name and mailing address**<br>**TJ Sullivan**<br>**6260 Homestead Ave.**<br>**Cocoa, FL 32927** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.336 | **Nonpriority creditor's name and mailing address**<br>**Todd Forster**<br>**388 Wenzel Ct SW**<br>**Palm Bay, FL 32908** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.337 | **Nonpriority creditor's name and mailing address**<br>**Tom & Nicole Johnston**<br>**2612 Glasbern Circle**<br>**Melbourne, FL 32904** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.338 | **Nonpriority creditor's name and mailing address**<br>**Tom Demetrius**<br>**5588 Veneta Way**<br>**Saint Cloud, FL 34771** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.339 | **Nonpriority creditor's name and mailing address**<br>**Tracy Vazquez**<br>**5000 Center Court**<br>**Saint Cloud, FL 34772** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.340 | **Nonpriority creditor's name and mailing address**<br>**Tricia Marshall-Micher**<br>**4820 Stone Acres Cir.**<br>**Saint Cloud, FL 34771** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tuan Le and Mai Thi Vuong**
**10651 Fairhaven Way**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Vanessa Rivera**
**11259 Cypress Leaf Dr**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Vernon & Carolette Smith**
**217 Brandy Creek Circle SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Victoria & Jorge Canepa**
**1485 Anna Catherine Drive**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Vinay Mudiam**
**1837 Auburn Lakes Dr.**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,797.73**

**Wawa Fleet Card Program**
**PO Box 639**
**Portland, ME 04104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wesley & Jessica Mason**
**3027 Sand Stone Cir**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wesley Cate**
**4728 Chastain Dr.**
**Melbourne, FL 32940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wilmarie Greer**
**1593 Payette Lane**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wilson & Alba Luz Burgos**
**3475 Burdock Ave.**
**Melbourne, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Yvonne Mann**
**1 Tibet Court**
**Saint Cloud, FL 34772**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Zasquia Villegas**
**12061 Alder Branch Loop**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aldo G. Bartolone, Jr.**<br>**1030 N. Orange Ave.**<br>**Suite 300**<br>**Orlando, FL 32801** | Line **3.318**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Carl J. Hognefelt, Esq.**<br>**Amethyst Law Group, LLC**<br>**100 S. Ashley Drive**<br>**Suite 600**<br>**Tampa, FL 33602** | Line **3.313**<br><br>☐ Not listed. Explain ____ | _ |

---

Debtor   **Legacy Pools LLC**
_____
Name

Case number (if known)   **6:22-bk-03123**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Carl J. Hognefelt, Esq.**<br>**Amethyst Law Group, LLC**<br>**100 S. Ashley Drive**<br>**Suite 600**<br>**Tampa, FL 33602** | Line **3.310**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **Christopher H. Block, Esq.**<br>**Block Law Firm PLLC**<br>**Post Office Box 74**<br>**Grant, FL 32949** | Line **3.101**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Daryl Hyde**<br>**Golden State Claims Adjusters**<br>**2244 Faraday Ave**<br>**#126**<br>**Carlsbad, CA 92008** | Line **3.304**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **David A. Gunter**<br>**Law Office of David A. Gunter PA**<br>**PO Box 411275**<br>**Melbourne, FL 32941** | Line **3.221**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **David Larkin**<br>**1900 Hickory St.**<br>**Suite A**<br>**Melbourne, FL 32901** | Line **3.220**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Elaine S. Lerner**<br>**Lerner Law Firm, P.A.**<br>**255 Primera Blvd.**<br>**Suite 160**<br>**Lake Mary, FL 32746** | Line **3.347**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Matthew Fornaro, Esq.**<br>**Spiegel & Utrera, P.A.**<br>**1840 Coral Way, Fourth Floor**<br>**Miami, FL 33145** | Line **3.350**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Paul F. Daley**<br>**Stewart Law CS LLC**<br>**1033 Florida Ave.**<br>**Rockledge, FL 32955** | Line **3.314**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **The Emanuel Firm P.A.**<br>**Charles E. Emanuel Jr., Esq.**<br>**6900 Tavistock Lake Blvd.**<br>**Suite 400**<br>**Orlando, FL 32827** | Line **3.315**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Trenton T. Leigh**<br>**Groelle & Salmon P.A.**<br>**1715 N. Westshore Blvd.**<br>**Suite 320**<br>**Tampa, FL 33607** | Line **3.341**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **Walsh Banks Law**<br>**Brian M. Walsh, Esq.**<br>**PO Box 2271**<br>**Orlando, FL 32802** | Line **3.176**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Legacy Pools LLC** | Case number (if known) | **6:22-bk-03123** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Whitebird Attorneys at Law**<br>**Sean A. Mickley, Esq.**<br>**1701 Highway A1A**<br>**Suite 102**<br>**Vero Beach, FL 32963** | Line __3.26__<br><br>☐  Not listed. Explain ____ | _ |
| 4.15 | **Whitebird Attorneys at Law**<br>**Sean A. Mickley, Esq.**<br>**1701 Highway A1A**<br>**Suite 102**<br>**Vero Beach, FL 32963** | Line __3.180__<br><br>☐  Not listed. Explain ____ | _ |
| 4.16 | **Whitebird Attorneys at Law**<br>**Sean A. Mickley, Esq.**<br>**1701 Highway A1A**<br>**Suite 102**<br>**Vero Beach, FL 32963** | Line __3.90__<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,049,462.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,049,462.81 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Legacy Pools LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><strong>6:22-bk-03123</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **Equipment Lease $1,000.00 per Month** | |
| State the term remaining  **3 Years** | |
| List the contract number of any government contract | **Ascentium Capital, LLC 23970 Highway 59 N Kingwood, TX 77339** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **Construction Agreements for Each Client Exhibit Attached** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  **$5,376.83 Monthly** | |
| State the term remaining  **2 Years** | |
| List the contract number of any government contract | **North Dow, LLLP 4320 Woodland Park Drive, W Melbourne, FL 32904** |

| Customer I Contact | First Name | Last Name | Address | City | Zip |
|---|---|---|---|---|---|
| 4470 Reinier Gonzalez | Reinier | Gonzalez | 921 Andrew Street SE | Palm Bay | 32909 |
| 4449 Jennifer Geehan | Jennifer | Geehan | 320 Avenida De la Vista | Indialantic | 32903 |
| 4396 Rodney & Christine Lockwood | Rodney & Christine | Lockwood | 1067 Federal Ave SE | Palm Bay | 32909 |
| 4289 Daniel Doerr | Daniel | Doerr | 40 E Preston St. | Orlando | 32807 |
| 4277 Matt Field | Matt | Field | 639 Monterey Drive | Satellite Beach | 32937 |
| 4257 Chris Weaver | Chris | Weaver | 596 Kylar Drive NW | Palm Bay | 32907 |
| 4247 Ed Smith | Ed | Smith | 785 Fairhope St SE | Palm Bay | 32909 |
| 4238 Kristin Kelly | Kristin | Kelly | 3775 Hield Rd | Melbourne | 32904 |
| 4202 Billie Gene Shepherd | Billie Gene | Shepherd | 524 Hammond St Sw | Palm Bay | 32908 |
| 4199 Heather Rutkowski | Heather | Rutkowski | 11142 Bugenhagen Dr. | Orlando | 32832 |
| 4184 Deborah Charles | Deborah | Charles | 1992 Killian Drive NE | Palm Bay | 32905 |
| 4180 Yvonne Mann | Yvonne | Mann | Tibet Court | St. Cloud | 34772 |
| 4177 Deana Rivera & Elizabeth Fernandini | Deana Rivera & Elizabeth | Fernandini | 2562 Empress Drive | Kissimmee | 34741 |
| 4172 Alberto Dejesus | Alberto | Dejesus | 2818 Running Brook Circle | Kissimmee | 34744 |
| 4166 Adriana Falotico | Adriana | Falotico | 2305 Rapollo Dr | Kissimmee | 34741 |
| 4155 Jose Luis Delgado | Jose Luis | Delgado | 12764 Bovet Ave | Orlando | 32827 |
| 4147 Chris Jones | Chris | Jones | 4055 Fawn Lake Blvd | Mims | 32754 |
| 4132 Glenn Closson | Glenn | Closson | 1353 Cumbie St | Orlando | 32804 |
| 4098 Steve Rajavuori | Steve | Rajavuori | 110 La Riviere Rd | Cocoa Beach | 32931 |
| 4094 Bret Rieder | Bret | Rieder | 790 New Hampton Way | Merritt Island | 32953 |
| 4086 Matt Hausmann | Matt | Hausmann | 1195 Two Oaks Blvd | Merritt Island | 32952 |
| 4083 James Butler | James | Butler | 2420 Heron Ct | St Cloud | 34771 |
| 4047 Thomas & Angela Preston | Thomas & Angela | Preston | 6196 Noel Lane | Mims | 32754 |
| 3977 Mark Kramer | Mark Kramer | (CANCELLED) | 4119 Sunset Preserve Blvd. | Orlando | 32820 |
| 3959 Lisa & Steve Sweeney- | Lisa & Steve Sweeney- | CANCELLED! | 7020 Bismarck Rd | Cocoa | 32927 |
| 3929 Dwight Soto | Dwight | Soto | 1820 Valley Forge Dr | Saint Cloud | 34769 |
| 3877 Juan Izquierdo | Juan | Izquierdo | 2917 Jebidiah Loop | Saint Cloud | 34772 |
| 3875 Tierra Humphrey | Tierra | Humphrey | 5224 Waterside Vista Lane | Saint Cloud | 34771 |
| 3868 Tom Demetrius | Tom | Demetrius | 5588 Veneta Way | St Cloud | 34771 |
| 3842 Colin & Marisa McAdorey | Colin & Marisa | McAdorey | 341 Breezeway Ave NE | Palm Bay | 32907 |
| 3814 Tatyana Love | Tatyana | Love | 1191 Sexton Rd SW | Palm Bay | 32908 |
| 3794 Michelle Simmons | Michelle | Simmons | 797 Bautzen Ave NW | Palm Bay | 32907 |
| 3791 Diora Guzman | Diora | Guzman | 574 Lang Road SW | Palm Bay | 32908 |
| 3789 Jason Race | Jason | Race | 2757 College View Drive | Melbourne | 32935 |
| 3776 Keisha Teixeira | Keisha | Teixeira | 925 Valkaria Rd | Malabar | 32950 |
| 3774 Cyril Teekasingh | Cyril | Teekasingh | 3863 Wind Dancer Cir. | Saint Cloud | 34772 |
| 3768 Adam Winter | Adam | Winter | 7690 Kerrington Dr | Melbourne | 32940 |
| 3758 Danny & Minerva Villanueva | Danny & Minerva | Villanueva | 3280 Alandi Drive | Melbourne | 32940 |
| 3746 Julie Thompson | Julie | Thompson | 1612 Killian Dr NE | Palm Bay | 32905 |
| 3739 Dawn Verbal- | Dawn Verbal- | CANCELLED! | 1250 Chichester St | Orlando | 32803 |
| 3729 Zasquia Villegas | Zasquia | Villegas | 12061 Alder Branch Loop | Orlando | 32824 |
| 3727 Jason Roelse | Jason | Roelse | 765 Boughton Way | West Melbourne | 32904 |
| 3725 Laura Cleverly | Laura | Cleverly | 891 Lyons Circle NW | Palm Bay | 32907 |
| 3722 Dan LeBlanc | Dan | LeBlanc | 303 Surf Dr | Cape Canaveral | 32920 |
| 3700 Orlando Martinez | Orlando | Martinez | 1967 Stillwood Way | St. Cloud | 34771 |
| 3667 Tracy Vazquez | Tracy | Vazquez | 5000 Center Court | St Cloud | 34772 |
| 3653 Nicholas Zervos | Nicholas | Zervos | 314 Loymer Circle | Merritt Island | 32953 |
| 3650 Patrick Lyons | Patrick | Lyons | 5279 Ambrosia Lane | Merritt Island | 32953 |
| 3649 Donna Seidel | Donna | Seidel | 206 Guinevere Dr SW | Palm Bay | 32908 |
| 3644 Glen MacPherson | Glen MacPherson | | 5240 Ambrosia Lane | Merritt Island | 32953 |
| 3635 Michael Alan Lee | Michael Alan | Lee | 1107 Fulton Cir | Titusville | 32780 |
| 3631 Tom & Nicole Johnston | Tom & Nicole | Johnston | 2612 Glasbern Cir | West Melbourne | 32904 |
| 3615 Jeremy Perkins | Jeremy | Perkins | 1234 Saw Court SE | Palm Bay | 32909 |
| 3509 Rick Gutierrez | Rick | Gutierrez | 10725 Belle Maisons Dr | Orlando | 32832 |
| 3508 Motti Horesh | Motti | Horesh | 3088 Casterton Dr | Melbourne | 32940 |
| 3506 Michael Alicea | Michael | Alicea | 14939 Twinberry Drive | Orlando | 32828 |
| 3504 Don Smith | Don | Smith | 455 Loymer Clr | Merritt Island | 32953 |
| 3491 Sue Jean-Baptiste | Sue | Jean-Baptiste | 3293 Wauseon Dr. | Saint Cloud | 34772 |
| 3485 David Blackwell Sr | David Blackwell | Sr | 553 Cooper Ct SW | Palm Bay | 32908 |
| 3477 Todd Forster | Todd | Forster | 388 Wenzel Ct SW | Palm Bay | 32908 |
| 3471 Jenna Gaines | Jenna | Gaines | 300 Bahama Dr | Indialantic | 32903 |
| 3469 Alexis Browning | Alexis | Browning | 4666 Fairy Tale Circle | Kissimmee | 34746 |
| 3456 Pablo Bigio | Pablo | Bigio | 2455 Empress Dr | Kissimmee | 34741 |
| 3414 Tiffany Patrick | Tiffany | Patrick | 3286 Framingham Ave Sw | Palm Bay | 32908 |
| 3405 Kelly Swartz | Kelly | Swartz | 1361 Ran Road SE | Palm Bay | 32909 |
| 3400 Brad Dotson | Brad | Dotson | 12095 Ballad Place | Orlando | 32832 |
| 3394 Carmen Figueroa | Carmen | Figueroa | 3811 Enchantment Lane | Saint Cloud | 34772 |
| 3384 Jessica Acton | Jessica | Acton | 4624 Marcos Circle | Kissimmee | 34758 |
| 3378 Michael Vacirca | Michael | Vacirca | 534 Daniels Ave | Orlando | 32801 |
| 3376 Alejandro Satizabal | Alejandro | Satizabal | 9850 Pecan Hickory Way | Orlando | 32832 |
| 3341 Kenny Pham | Kenny | Pham | 5219 Ambrosia Lane | Merritt Island | 32953 |
| 3288 Joseph M Coffaro | Joseph M | Coffaro | 3650 Kite Street | Titusville | 32796 |
| 3275 Dudley Sylvain | Dudley | Sylvain | 15709 Montesino Dr | Orlando | 32828 |
| 3269 Leanne Olmscheid | Leanne | Olmscheid | 1364 Jarvis St NW | Palm Bay | 32907 |
| 3264 John & Serena Sodi | John & Serena | Sodi | 3554 Edsel Avenue | St Cloud | 34772 |
| 3253 Sandy Boeshaar | Sandy | Boeshaar | 809 Seven Gables Cir SE | Palm Bay | 32909 |
| 3251 Sandy Wall - Cancelling | Sandy | Wall | 3610 Charmed Lane | Saint Cloud | 34772 |
| 3212 Justin Brothers | Justin | Brothers | 1403 Floyd Dr | Rockledge | 32955 |
| 3202 Suresh Kumar Rajamani | Suresh Kumar | Rajamani | 2738 Casterton Drive | Melbourne | 32940 |
| 3193 Dr. Diego Bahamon | Dr. Diego | Bahamon | 8539 Morehouse Drive | Orlando | 32836 |

| # | Name | First | Last | Address | City | Zip |
|---|------|-------|------|---------|------|-----|
| 3188 | Chris Jonas | Chris | Jonas | 3605 Archdale St | Melbourne | 32940 |
| 3182 | Brendon Miller | Brendon | Miller | 162 Bimini Road | Cocoa Beach | 32931 |
| 3111 | Desmond (Desi) Rivera | Desmond (Desi) | Rivera | 1027 Tide Rd SE | Palm Bay | 32909 |
| 3108 | Jesse Marsh | Jesse | Marsh | 5230 Wild Cinnamon Dr | Melbourne | 32940 |
| 3092 | Lance Nelsen | Lance | Nelsen | 9928 Riverview Dr | Micco | 32976 |
| 3077 | Patrick Englishby | Patrick | Englishby | 3329 Cappannelle Dr. | Melbourne | 32940 |
| 3076 | Bijan (Nik) Moradi - | Bijan (Nik) | Moradi | 3618 Lake Adelaide Pl | Rockledge | 32955 |
| 3061 | Roger Huaman | Roger | Huaman | 3342 Primrose Willow Drive | Saint Cloud | 34772 |
| 3053 | Fernanda Cocicov | Fernanda | Cocicov | 14371 Walcott Ave | Orlando | 32827 |
| 3045 | Luis Luna | Luis | Luna | 13820 Rushing Creek Run | Orlando | 32824 |
| 3040 | Ray Howard | Ray | Howard | 5410 Extravagant Ct. | Cocoa | 32926 |
| 3026 | Erich Schukoske | Erich | Schukoske | 804 Musgrass Circle | West Melbourne | 32904 |
| 3018 | Latrice Stewart | Latrice | Stewart | 14342 Alafaya Oak Bend | Orlando | 32828 |
| 3014 | Kajal Delvadia - | Kajal | Delvadia | 4453 Milost Dr | Rockledge | 32955 |
| 2969 | Joyanna Jomaa | Joyanna | Jomaa | 259 Biltmore Ave Ne | Palm Bay | 32907 |
| 2968 | Johnnie Norris | Johnnie | Norris | 2975 Savannahs Trail | Merritt Island | 32953 |
| 2961 | Fabio Maia | Fabio | Maia | 2571 Brookshire Cir | West Melbourne | 32904 |
| 2953 | Ryan Marshall | Ryan | Marshall | 4925 Blanche Ct | Saint Cloud | 34772 |
| 2952 | Susan Sheldon | Susan | Sheldon | 307 Madison Avenue | Cape Canaveral | 32920 |
| 2941 | Melissa Vega | Melissa Vega | | 2901 Forester Ct | Kissimmee | 34758 |
| 2929 | Manoel Loureiro | Manoel | Loureiro | 13612 Lessing Ave | Orlando | 32827 |
| 2915 | Israel Maldonado | Israel | Maldonado | 3582 Vega Creek Dr | St Cloud | 32827 |
| 2913 | Sol Goodwin | Sol | Goodwin | 4531 BELLALUNA  Drive | West Melbourne | 32904 |
| 2893 | Martha Langley | Martha | Langley | 2734 Sam Snead St | Melbourne | 32904 |
| 2889 | Kacey Muchard | Kacey | Muchard | 3220 Escondido Dr | Orlando | 32827 |
| 2886 | Jessica Mason | Jessica | Mason | 3027 Sand Stone Cir | Saint Cloud | 34772 |
| 2876 | Donna Faria | Donna | Faria | 1875 Turpentine Road | Mims | 32754 |
| 2868 | Natasha Wheaton | Natasha | Wheaton | 395 Ursa Ave | Merritt Island | 32953 |
| 2836 | Matthew Ahmady | Matthew | Ahmady | 2510 Seggolia Lane | Kissimmee | 34741 |
| 2832 | Jim Morrison | Jim | Morrison | 6907 Blackberry Ct | Melbourne | 32940 |
| 2828 | Keith & Jennifer Devlin | Keith & Jennifer | Devlin | 4466 Broomsedge Circle | West Melbourne | 32904 |
| 2811 | Wilson Burgos | Wilson Burgos | | 3475 Burdock Ave | West Melbourne | 32904 |
| 2793 | Manuel Rivera | Manuel | Rivera | 2321 Rapollo Drive | Kissimmee | 34741 |
| 2792 | Marvin Kemp | Marvin | Kemp | 1781 Bridgeport Circle | Rockledge | 32955 |
| 2780 | Candice Adams | Candice | Adams | 14826 Trapper Rd | Orlando | 32837 |
| 2777 | Anniaday Morris | Anniaday | Morris | 2459 Empress Dr | Kissimmee | 34741 |
| 2758 | Stefan Peterson | Stefan | Peterson | 6523 Broglie St | Orlando | 32827 |
| 2726 | Melina Alcivar | Melina | Alcivar | 4881 Stone Acres Cir | Saint Cloud | 34771 |
| 2723 | Elena & Kevin Beber | Elena & Kevin Beber | | 1258 Alto Vista Drive | Melbourne | 32904 |
| 2709 | Richard Helmer | Richard | Helmer | 3961 Ridgewood Drive | Titusville | 32796 |
| 2702 | Rita Shapiro | Rita | Shapiro | 3046 Casterton Dr | Melbourne | 32940 |
| 2693 | Patricia Hogan | Patricia | Hogan | 5641 Sparrows Wood Dr | Titusville | 32780-254 |
| 2679 | James Szczybor | James | Szczybor | 400 E Amherst Circle | Satellite Beach | 32937 |
| 2669 | Ed Rodriguez | Ed | Rodriguez | 9101 Merrifield Street | Orlando | 32827 |
| 2638 | Anne Larson | Anne | Larson | 795 Huntington St NE | Palm Bay | 32907 |
| 2636 | Joe Worob | Joe | Worob | 4359 Sunny Creek Place | Kissimmee | 34746 |
| 2616 | Mariana Vetere | Mariana Vetere | | 7802 Turkey Oak Lane | Kissimmee | 34747 |
| 2613 | Rolando Mir | Rolando | Mir | 9265 Highway A1A | Melbourne Beacl | 32951 |
| 2608 | Erick Vazquez | Erick | Vazquez | 190 Twilight Street NE | Palm Bay | 32907 |
| 2597 | Richard Strickland | Richard | Strickland | 15255 107th street | Fellsmere | 32948 |
| 2586 | Joe  Schlicher | Joe | Schlicher | 3480 Salt Marsh Circle | West Melbourne | 32904 |
| 2585 | Marlena Ganem | Marlena | Ganem | 420 Mercer St NW | Palm Bay | 32907 |
| 2574 | Steven Thompson | Steven | Thompson | 4346 Sunny Creek Place | Kissimmee | 34746 |
| 2571 | Marlon Acosta | Marlon | Acosta | 10525 Fairhaven Way | Orlando | 32825 |
| 2560 | Kathryn Harrison | Kathryn | Harrison | 5980 Nova Road | Saint Cloud | 34771 |
| 2554 | Oscar Lopez | Oscar | Lopez | 1912 Killian Drive NE | Palm Bay | 32905 |
| 2541 | Victoria & Jorge Canepa | Victoria & Jorge | Canepa | 1485 Anna Catherine Drive | Orlando | 32828 |
| 2533 | Jaime Serrano | Jaime | Serrano | 721 Sugarbush St. | Saint Cloud | 34771 |
| 2504 | Bruce Mendiola | Bruce | Mendiola | 3755 Indian River Dr. | Cocoa | 32926 |
| 2502 | Sandra Waterman- | Sandra Waterman- | | 3655 Valkaria Road | Malabar | 32950 |
| 2487 | Miriam Gonzalez | Miriam | Gonzalez | 1635 Fuji Dr | Melbourne | 32940 |
| 2485 | Joey (Jose) Montanez | Joey (Jose) | Montanez | 3529 Bristol Cove Lane | Saint Cloud | 34772 |
| 2475 | Jay Paciello - Cancelled | Jay | Paciello | 13322 Alderley Drive | Orlando | 32832 |
| 2473 | Hans Meyer | Hans | Meyer | 4843 Falcon Blvd | Cocoa | 32927 |
| 2468 | Stephanie Nesius | Stephanie | Nesius | 4636 Broomsedge Cir | West Melbourne | 32904 |
| 2451 | Pat & Rhonda Lee | Pat & Rhonda | Lee | 455 North Shore Dr | Cocoa Beach | 32931 |
| 2447 | Jessie Mariaca   (Hambrick) | Jessie Mariaca | (Hambrick) | 5180 Ambrosia Lane | Merritt Island | 32953 |
| 2444 | Corey Jasmin | Corey | Jasmin | 3560 Todd Lane | Mims | 32754 |
| 2409 | Monica Persaud Tiedt | Monica Persaud | Tiedt | 9436 Bordet Court | Orlando | 32827 |
| 2392 | Lindsay Hickerson | Lindsay | Hickerson | 807 Riverside Dr | Melbourne Beacl | 32951 |
| 2364 | Melvin Torres | Melvin | Torres | 3660 Breezy Point Ln | Cocoa | 32926 |
| 2342 | Patrick Stoehr | Patrick | Stoehr | 8224 Knotwood Ave | Melbourne | 32904 |
| 2340 | Elizabeth Hughes | Elizabeth | Hughes | 208 Barbarossa Rd NW | Palm Bay | 32907 |
| 2337 | Danielle Kosh | Danielle | Kosh | 3496 Whimsical Cir | Rockledge | 32955 |
| 2318 | Alwin Ortiz | Alwin | Ortiz | 10645 Fairhaven Way | Orlando | 32825 |
| 2306 | Katrina Dahdah | Katrina | Dahdah | 2151 Valkaria Rd. | Malabar | 32950 |
| 2301 | Nancy Bowen | Nancy | Bowen | 783 Alfonso Ave SE | Palm Bay | 32909 |
| 2296 | Joe Devlin - Cancelled | Joe | Devlin | 4901 Manchester Drive | Viera | 32955 |
| 2275 | Crystal Veiga- | Crystal Veiga- | | 1781 Winding Ridge Circle Se | Palm Bay | 32909 |
| 2267 | Gustavo Lessa- | Gustavo Lessa- | | 7974 Chilton Dr | Orlando | 32836 |
| 2250 | TJ Koger | TJ | Koger | 608 Mandalay Grove Ct | Merritt Island | 32953 |

| # | Full Name | First | Last | Address | City | Zip |
|---|---|---|---|---|---|---|
| 2245 | Vanessa Rivera | Vanessa | Rivera | 11259 Cypress Leaf Dr | Orlando | 32825 |
| 2244 | Rodrigo Aquino | Rodrigo | Aquino | 3370 Ribbon Grass Dr | Melbourne | 32940 |
| 2240 | Nikki Marie and Jason Jimenez | Nikki Marie and Jason | Jimenez | 654 Windrose Drive | Orlando | 32828 |
| 2236 | Jowan & Gabriella Joseph | Jowan  & Gabriella | Joseph | 19829 Seaview Street | Orlando | 32833 |
| 2221 | Michael Stevens | Michael | Stevens | 265 Bay Tree Ln | | GRANT VALKARIA 32909-611 |
| 2218 | Ruben Rivera | Ruben | Rivera | 710 Windlass Ct | Kissimmee | 34746 |
| 2214 | Shirley Ntim | Shirley | Ntim | 1150 Umbria Ln | Saint Cloud | 34771 |
| 2209 | NoemÃ- Alvarez | NoemÃ- | Alvarez | 2466 Flowering Dogwood Dr. | Orlando | 32828 |
| 2193 | Rhonda Bongiovanni | Rhonda | Bongiovanni | 14635 Walcott Ave | Orlando | 32827 |
| 2187 | Richard Hulse | Richard | Hulse | 5325 Yaupon Holly Dr | Cocoa | 32927 |
| 2176 | Monica Daniel | Monica | Daniel | 5200 Ambrosia Lane | Merritt Island | 32953 |
| 2164 | Patricia Trabal (Rodriguez) | Patricia Trabal | (Rodriguez) | 2480 Seggiolia Lane | Kissimmee | 34741 |
| 2163 | Erica Hayes | Erica | Hayes | 3569 Poseidon Way | Melbourne | 32903 |
| 2161 | Alex Serna | Alex | Serna | 10063 Hart Branch Cir. | Orlando | 32832 |
| 2135 | Assia Ramadan | Assia | Ramadan | 4610 Falcon Ave | Kissimmee | 34746 |
| 2119 | Michael Grande | Michael | Grande | 361 Hammock Rd Se | Palm Bay | 32909 |
| 2111 | Deborah Bryant | Deborah | Bryant | 4255 El Dorado Way | Melbourne | 32934 |
| 2102 | Rafael Hermida | Rafael | Hermida | 4717 Marcos Circle | Kissimmee | 34758 |
| 2087 | Sarah Hidy | Sarah | Hidy | 3655 Ponderosa Rd | Grant-Valkaria | 32950 |
| 2085 | Luis Medina | Luis | Medina | 3496 Fox Hollow Dr | Orlando | 32829 |
| 2074 | Gabrielle Sanders-Morency | Gabrielle | Sanders-Morency | 4932 Blanche Court | Saint Cloud | 34772 |
| 2071 | Paul & Antoinette Piso | Paul & Antoinette | Piso | 3935 Baldwin Drive | Micco | 32976 |
| 2058 | Jose M. Mendez | Jose M. | Mendez | 5859 Covington Cove Way | Orlando | 32829 |
| 2056 | Julie & Dan Markiewicz | Julie & Dan | Markiewicz | 1101 W New Hampshire St | Orlando | 32804 |
| 2053 | Carlos Wong-Sol | Carlos | Wong-Sol | 280 Edgewater Ave SE | Palm Bay | 32909 |
| 2050 | Sandra Tejada | Sandra | Tejada | 5268 Wexford Drive | Rockledge | 32955 |
| 2049 | Salee Starbuck | Salee | Starbuck | 1168 Rivermont Dr | Melbourne | 32935 |
| 2045 | Lisa Long | Lisa | Long | 3553 Whimsical Cir | Rockledge | 32955 |
| 2044 | George & Monine Velez | George & Monine | Velez | 2385 Crescent Moon Street | Kissimmee | 34746 |
| 2042 | Vernon & Carolette Smith | Vernon & Carolette | Smith | 217 Brandy Creek Circle SE | Palm Bay | 32909 |
| 2036 | Janet Madden | Janet | Madden | 3672 Whimsical Circle | Rockledge | 32955 |
| 2027 | Jessica Torres | Jessica | Torres | 473 Crystal Mist Rd NW | Palm Bay | 32907 |
| 2018 | Joshua & Kara Claro | Joshua & Kara | Claro | 1182 San Matio St SE | Palm Bay | 32909 |
| 2009 | Steven Hobbs | Steven | Hobbs | 1607 Snapper St. | St. Cloud | 34771 |
| 2006 | Vinay Mudiam | Vinay | Mudiam | 1837 Auburn Lakes Dr | Rockledge | 32955 |
| 1989 | Bishoy Rezek | Bishoy | Rezek | 1675 Peace Lily Way | Oviedo | 32765 |
| 1983 | Daniel Colon | Daniel | Colon | 10533 Bruun Pl | Orlando | 32825 |
| 1977 | Suly Diaz | Suly | Diaz | 4790 Cypress Forest Ln. | St Cloud | 34772 |
| 1969 | Kim Maier | Kim | Maier | 2229 Woodlawn Circle | Melbourne | 32934 |
| 1957 | Claudio Adams & Jason | Claudio Adams & | Jason | 2131 Avian Loop | Kissimmee | 34744 |
| 1954 | Claudia Ratcliffe | Claudia | Ratcliffe | 3717 Loggerhead Lane | Mims | 32754 |
| 1951 | Dyelan & Nitika Phillips | Dyelan & Nitika | Phillips | 10820 Savona Way | Orlando | 32827 |
| 1949 | Rhina and Jose Flores | Rhina and Jose | Flores | 901 Dateland Rd SE | Palm Bay | 32909 |
| 1915 | Freddy Rivera | Freddy | Rivera | 1840 big buck drive | Saint Cloud | 34772 |
| 1898 | Bonnie Sellers | Bonnie | Sellers | 7278 Preserve Pointe Dr | Merritt Island | 32953 |
| 1896 | Kurt Charles | Kurt | Charles | 8596 Stalwart Circle | Melbourne | 32940 |
| 1887 | Danielle Turlington | Danielle | Turlington | 4697 Alamanda Dr | Melbourne | 32940 |
| 1880 | Sylveus Blanc | Sylveus | Blanc | 999 Forest St NE | Palm Bay | 32907 |
| 1877 | Keith Aldridge | Keith | Aldridge | 4180 Careywood Drive | Melbourne | 32934 |
| 1871 | Laurent Baudel | Laurent | Baudel | 1039 Carriage Hill Road | Melbourne | 32940 |
| 1869 | Charles Sardono | Charles | Sardono | 8252 Paragrass Ave | Melbourne | 32940 |
| 1864 | James and Mary (Jim) Amrhein | James and Mary (Jim) | Amrhein | 2100 Turkey Oak Ct | Oviedo | 32766 |
| 1854 | Jeff Pigott | Jeff | Pigott | 269 Loggerhead Dr. | Melbourne Beach | 32951 |
| 1852 | Ivelisse Maldonado | Ivelisse | Maldonado | 2062 Brillante Drive | Saint Cloud | 34771 |
| 1851 | Doris Ramirez(Nathaly-daughter) | Doris | Ramirez(Nathaly- | 2752 Eagle ridge loop | Kissimmee | 34746 |
| 1834 | Brandon Wilson | Brandon | Wilson | 190 Wading Bird Circle SW | Palm Bay | 32908 |
| 1833 | Kim Plymale | Kim | Plymale | 20430 Netherland Street | Orlando | 32833 |
| 1827 | Sally Hamilton | Sally | Hamilton | 4112 Anlow Rd | Melbourne | 32904 |
| 1817 | Irvin & Kim Sanchez | Irvin & Kim | Sanchez | 1913 Cayman Cove Circle | Saint Cloud | 34772 |
| 1814 | Marlon & Janiris Vazquez | Marlon & Janiris | Vazquez | 12015 Uleta Lane | Orlando | 32827 |
| 1810 | Ryan Gorsuch | Ryan | Gorsuch | 2991 Bobby Jones Street | West Melbourne | 32904 |
| 1802 | Michael Krebs | Michael | Krebs | 548 Fredericksburg St SW | Palm Bay | 32908 |
| 1797 | Andrea & Jonathan Gutierrez | Andrea & Jonathan | Gutierrez | 4622 Shannock Ave | Merritt Island | 32953 |
| 1791 | Marielsa Caraballo | Marielsa | Caraballo | 2482 Dammar St. | Orlando | 32824 |
| 1783 | Maria Cristina Cardenas (Rojas) | Maria Cristina Cardenas | (Rojas) | 12657 Bovet Ave | Orlando | 32827 |
| 1781 | Chris Horner | Chris | Horner | 176 E Coral Way | Indialantic | 32903 |
| 1751 | Akiya Nivens | Akiya | Nivens | 11891 Fiction Ave | Orlando | 32832 |
| 1750 | Wilmarie Greer | Wilmarie | Greer | 1593 Payette Lane | West Melbourne | 32904 |
| 1749 | Wesley Cate | Wesley | Cate | 4728 Chastain Dr | Melbourne | 32940 |
| 1743 | Christina Houle | Christina | Houle | 4845 Hebron Dr | Merritt Island | 32953 |
| 1739 | Gustavo Garcia | Gustavo | Garcia | 9742 Hatton Circle | Orlando | 32832 |
| 1737 | Sam Ramadan | Sam | Ramadan | 3601 Mount Vernon Way | Kissimmee | 34741 |
| 1729 | Lesa Lorusso | Lesa | Lorusso | 6239 Lotus Landing | Merritt Island | 32952 |
| 1726 | Jose Burgos (Karla Serrano) | Jose Burgos (Karla | Serrano) | 12128 Ampersand Dr | Orlando | 32832 |
| 1724 | George Chakal (Oliver) | George Chakal | (Oliver) | 13753 Heaney Ave | Orlando | 32827 |
| 1685 | Jill Goessel | Jill | Goessel | 1036 Cady Circle | Titusville | 32780 |
| 1619 | Logan Hubert | Logan | Hubert | 3328 Wauseon Dr | St. Cloud | 34772 |
| 1614 | Patrick Voltaire | Patrick | Voltaire | 4035 Toby Ave | Grant-valkaria | 32950 |
| 1583 | Aniket Vartak | Aniket | Vartak | 3716 Vinsetta ct | Winter Park | 32792 |
| 1571 | Keith Carpenter | Keith | Carpenter | 4680 Papaya St | Cocoa | 32926 |

| | | | | | |
|---|---|---|---|---|---|
| 1563 | Heather Dawn Watts - Attorney Involved. Don't communicate with client | Heather Dawn Watts - Attorney Involved. Don't cor client | | 4113 Palladian Way | Melbourne | 32904-121 |
| 1559 | Jennifer Terrero | Jennifer | Terrero | 5950 Aligator Lake Shore W. | St. Cloud | 34771 |
| 1558 | Brandon Watters | Brandon | Watters | 3805 Wind Dancer Circle | Saint Cloud | 34772 |
| 1550 | Orlando and Maria Santiago | Orlando and Maria | Santiago | 1433 Sitka Ln | Malabar | 32950 |
| 1545 | Angel Morales | Angel | Morales | 2611 Villagio Blvd | St Cloud | 34772 |
| 1544 | Ivelisse and Ruben Velazquez | Ivelisse and Ruben | Velazquez | 10250 Flowers Ave | Orlando | 32825 |
| 1537 | Alexis Vazquez | Alexis | Vazquez | 357 Cedar Ave | Cocoa Beach | 32931 |
| 1533 | Ramon Martinez -Rosario | Ramon Martinez | -Rosario | 3705 Burdock Ave | West Melbourne | 32904 |
| 1494 | Marcia Norman | Marcia | Norman | 1029 Alba Dr | Orlando | 32804 |
| 1485 | Allyson Scheck | Allyson | Scheck | 187 Bali St SE | Palm Bay | 32907 |
| 1475 | Karla & Lincoln Salmon | Karla & Lincoln | Salmon | 3480 Diamond Leaf Lane | Oviedo | 32766 |
| 1474 | Caridad Ruiz | Caridad | Ruiz | 530 S Oxalis Ave | Orlando | 32807 |
| 1471 | Ron Fine | Ron | Fine | 6140 Baltimore Avenue | Cocoa | 32927 |
| 1464 | Astride Jean | Astride | Jean | 2089 Oneta Ct | Orlando | 32818 |
| 1460 | Lindsey Tuttle | Lindsey | Tuttle | 10225 Park Row Ct | Orlando | 32832 |
| 1456 | Nicole & Jason Sparkman | Nicole & Jason | Sparkman | 10731 Belle Maisons Dr. | Orlando | 32832 |
| 1450 | Camiren Stewart | Camiren | Stewart | 4652 Shannock Avenue | Merritt Island | 32953 |
| 1446 | Jim Captain | Jim | Captain | 5778 Cheshire Drive | Titusville | 32780 |
| 1437 | Brian Murphy | Brian | Murphy | 306 Bali St SE | Palm Bay | 32909 |
| 1423 | Luis & Jennifer Gonzalez | Luis & Jennifer | Gonzalez | 3615 Burdock Ave | West Melbourne | 32904 |
| 1402 | David Somach & Charlotte Somach | David Somach & Charlotte | Somach | 5465 Vacaro Ave | Cocoa | 32926 |
| 1389 | Luke Gomoll | Luke | Gomoll | 2765 Whistler Street | West Melbourne | 32904 |
| 1343 | Joan Hipp | Joan | Hipp | 1610 Riverside Drive | Titusville | 32780 |
| 1340 | Laura Meyers | Laura | Meyers | 6901 Bridgman Street | Orlando | 32827 |
| 1307 | Jose Davila (Montaner) | Jose Davila | (Montaner) | 1062 Willow Branch Dr | Orlando | 32828 |
| 1302 | TJ Sullivan | TJ | Sullivan | 6260 Homestead Ave | Cocoa | 32927 |
| 1301 | Michael Parkinson | Michael | Parkinson | 5541 Potenza Drive | Saint Cloud | 34771 |
| 1299 | Imari Williams | Imari | Williams | 3928 Tangle Dr. | Titusville | 32780 |
| 1254 | Anita Pendleton | Anita | Pendleton | 530 Rosada St | Satellite Beach | 32937 |
| 1238 | Ahmed Saidi | Ahmed | Saidi | 1310 Fountain Coin Loop | Orlando | 32828 |
| 1223 | Kevin Agurkis | Kevin | Agurkis | 1011 Cane Creek Court | Oviedo | 32765 |
| 1203 | Emily Walker | Emily | Walker | 10045 Malmsbury Rd | Orlando | 32829 |
| 1188 | Mark Reyes | Mark | Reyes | 3054 Natoma Way | Orlando | 32825 |
| 1141 | Jannine Wilson | Jannine | Wilson | 3507 Saxony Lane | St Cloud | 34772 |
| 1133 | Anthony (Tony) Deluccio | Anthony (Tony) | Deluccio | 2071 Tiburon Ln | Melbourne | 32940 |
| 1092 | Alexis Brugal | Alexis | Brugal | 14330 Alafaya Oak Bend | Orlando | 32828 |
| 1065 | Ilka Santiago | Ilka | Santiago | 1524 Caterpillar St | Saint Cloud | 34771 |
| 1060 | Rex Parmelee | Rex | Parmelee | 1460 Blueberry Dr | Titusville | 32780 |
| 1036 | Cynthia Abbey | Cynthia | Abbey | 3110 Gatlin Dr | Rockledge | 32955 |
| 989 | Jacquelynn Wolfhart | Jacquelynn | Wolfhart | 1877 Elkins Point Dr | Melbourne | 32935 |
| 967 | Mark Cornago | Mark | Cornago | 2212 Taylor Creek Ct | Kissimmee | 34758 |
| 907 | David Wyndham | David | Wyndham | 866 Wentworth Street | Sebastian | 32958 |
| 846 | Josh Lueck | Josh | Lueck | 3109 Conrad Ct | Kissimmee | 34744 |
| 717 | Kari Niedermaier (Pastor)-Husband first contact | Kari Niedermaier (Pastor)-Husband first | contact | 720 Ora Dell Ave | Titusville | 32796 |
| 659 | Michael Blake" Aldridge" | Michael Blake" " | Aldridge | 1680 Vally Rd | Grant-Valkaria | 32949 |
| 640 | Hernan Gonzalez | Hernan | Gonzalez | 5621 Western Sun Drive | Saint Cloud | 34771 |
| 638 | Cindy Finnegan | Cindy | Finnegan | 10035 Pecan Hickory Way | Orlando | 32832 |
| 615 | Cricket Black | Cricket | Black | 4030 Dragonfly Drive | West Melbourne | 32904 |
| 602 | David Johnson | David | Johnson | 3620 Salt Marsh Cir | West Melbourne | 32904 |
| 440 | Damaris Oyola-Cintron | Damaris | Oyola-Cintron | 4417 Magenta Isles Dr | Melbourne | 32904 |
| 373 | George Vandoros | George | Vandoros | 4536 Merlot Dr | Rockledge | 32955 |
| 344 | Cindy & Jay Schuckers | Cindy & Jay | Schuckers | 7955 Babcock Street | Grant Valkaria | 32909 |
| 214 | Genna Ukstins | Genna | Ukstins | 129 Bayamo Ave | Palm Bay | 32907 |
| 211 | Domingo Maza Mallea | Domingo Maza | Mallea | 4435 Flood St | Cocoa | 32927 |

**Fill in this information to identify the case:**

Debtor name     **Legacy Pools LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     **6:22-bk-03123**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Chad Black | 727 North Drive Suite L Melbourne, FL 32934 | MCA Servicing Company | ☑ D   **2.9** ☐ E/F _____ ☐ G _____ |
| 2.2 | Chad Black | 727 North Drive Suite L Melbourne, FL 32934 | Samson MCA LLC | ☑ D   **2.10** ☐ E/F _____ ☐ G _____ |
| 2.3 | Katie Gazboda | Unknown | CIA | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | Ronald Gazboda | Unknown | CIA | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Legacy Pools LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:22-bk-03123**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,483,587.89** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$11,782,536.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$9,613,657.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Legacy Pools LLC** | | Case number *(if known)* | **6:22-bk-03123** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **Pursuit Investments**<br>**2073 Sorento Circle**<br>**Melbourne, FL 32904** | 06/17/2022<br>06/17/2022<br>07/01/2022<br>07/01/2022<br>07/11/2022<br>07/19/2022<br>07/28/2022 | **$51,351.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.** **Prestige Gunite**<br>**3825 Selvitz Rd.**<br>**Fort Pierce, FL 34981** | 06/13/2022 | **$110,430.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.3.** **SCP Distributors**<br>**485 Distribution Drive, W.**<br>**Melbourne, FL 32904** | 06/01/2022<br>06/02/2022<br>06/03/2022<br>06/07/2022<br>06/08/2022<br>06/13/2022<br>06/14/2022<br>06/16/2022<br>06/21/2022<br>06/22/2022<br>06/24/2022<br>06/28/2022<br>06/29/2022<br>06/30/2022<br>07/01/2022<br>07/06/2022<br>07/07/2022<br>07/11/2022<br>07/13/2022<br>07/14/2022<br>07/15/2022<br>07/18/2022<br>07/19/2022<br>07/20/2022<br>07/21/2022<br>07/22/2022<br>07/26/2022<br>07/27/2022<br>07/29/2022<br>08/01/2022<br>08/02/2022<br>08/03/2022<br>08/04/2022<br>08/08/2022<br>08/09/2022<br>08/10/2022<br>08/11/2022<br>08/15/2022<br>08/16/2022<br>08/17/2022<br>08/19/2022<br>08/24/22 | **$138,036.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Legacy Pools LLC**                                          Case number *(if known)*  **6:22-bk-03123**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.4.** **Ewing Irrigation & Landscape Supply** **Parker Law Firm** **Attn: Mike Allen** **11801 N. Tatum Blvd. Ste 229** **Phoenix, AZ 85028** | 06/24/2022 | $42,183.07 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.5.** **American Express** **P.O. Box 981535** **El Paso, TX 79990** | 06/14/2022 06/27/2022 06/28/2022 06/29/2022 07/01/2022 07/11/2022 07/13/2022 07/18/2022 07/19/2022 07/21/2022 | $93,051.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.6.** **Ford Motor Credit** | 06/06/2022 06/10/2022 07/05/2022 08/02/2022 08/04/2022 08/17/2022 | $13,155.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_ Vehicle Payments _ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | **Legacy Pools LLC** | Case number *(if known)* | **6:22-bk-03123** |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Shalom Einhorn and Carmen Einhorn v. Legacy Pools, LLC**<br>**05-2022-CA-01000** | **Contract & Indebtedness** | **Brevard County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Elevation Church**<br><br>Recipients relationship to debtor<br>**None** | **Charitable Donation via Check or Debit Card** | **08/31/2020-07/19/2022** | **$156,500.00** |
| 9.2. | **Food for the Hungry**<br><br>Recipients relationship to debtor<br>**None** | **Charitable Donation via Check or Debit Card** | **09/08/2020-08/05/2022** | **$8,360.00** |
| 9.3. | **World Vision**<br><br>Recipients relationship to debtor<br>**None** | **Charitable Contribution via Check or Debit Card** | **09/23/2020-08/26/2022** | **$6,279.00** |
| 9.4. | **Key of Hope**<br><br>Recipients relationship to debtor<br>**None** | **Charitable Contribution via Debit Card** | **05/06/2021** | **$5,000.00** |
| 9.5. | **Driven by Heart**<br><br>Recipients relationship to debtor<br>**None** | **Charitable Contribution via Check** | **10/13/2021** | **$3,500.00** |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | Legacy Pools LLC | Case number *(if known)* | 6:22-bk-03123 |
|---|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Latham, Luna, Eden & Beaudine, LLP**<br>**201 S. Orange Ave.**<br>**Suite 1400**<br>**Orlando, FL 32801** | | **08/30/2022** | **$17,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Susan Elizabeth Black** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | **Legacy Pools LLC** | Case number *(if known)* **6:22-bk-03123** |
|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Truist Bank** 214 N. Tryon St. Charlotte, NC 28202 | **XXXX-5996** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **09/12/2022** | $0.00 |
| 18.2. | **Truist Bank** 214 N. Tryon St. Charlotte, NC 28202 | **XXXX-0572** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **09/12/2022** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Legacy Pools LLC | Case number *(if known)* | 6:22-bk-03123 |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Legacy Pools, LLC<br>727 North Drive<br>Suite L<br>Melbourne, FL 32934 | Geoffrey Walder<br>7130 Scrub Jay Lane<br>Clermont, FL 34714 | 2018 Ford F-150 King Ranch Truck<br>iPhone 12<br>iPad<br>Multiple Handtools (Battery Operated and Manual) | Unknown |

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

### 23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

### 24.  Has the debtor notified any governmental unit of any release of hazardous material?

| Debtor | **Legacy Pools LLC** | Case number *(if known)* | **6:22-bk-03123** |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Jason Hadden**<br>**476 Sailfish Ct.**<br>**Satellite Beach, FL 32937** | **09/01/2019-06/01/2021** |
| 26a.2. **Grant D. Kartagener, CPA**<br>**Berman Hopkins CPAs and Assoc.**<br>**255 S. Orange Ave.**<br>**Suite 1200**<br>**Orlando, FL 32801** | **01/2022-Current** |
| 26a.3. **Melissa Winstead**<br>**571 Windswept Ave. SW**<br>**Palm Bay, FL 32908** | **08/2017-07/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Grant D. Kartagener, CPA**<br>**Berman Hopkins, CPAs and Assoc.**<br>**255 S. Orange Ave.**<br>**Suite 1200**<br>**Orlando, FL 32801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

| Debtor | **Legacy Pools LLC** | Case number *(if known)* | **6:22-bk-03123** |
| --- | --- | --- | --- |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Charles David Black** | **727 North Drive Suite L Melbourne, FL 32934** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor   **Legacy Pools LLC**                                          Case number (if known)  **6:22-bk-03123**

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/20/2022

_____          **Charles David Black**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes