## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

### FOR THE PERIOD BEGINNING November 01, 2022 AND ENDING November 30, 2022

Name of Debtor: Legacy Pools, LLC      Case Number 6:22-bk-03123-LVV

Date of Petition: August 30, 2022

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $15,179.21 (a) | (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $35,100.49 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | $35,100.49 | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | $35,100.49 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | $50,279.70 | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | ∅ | |
| B. Bank Charges | $25 | |
| C. Contract Labor | $2,400 | |
| D. Fixed Asset Payments (not incl. in "N") | ∅ | |
| E. Insurance | ∅ | |
| F. Inventory Payments *(See Attach. 2)* | $21,840.92 | |
| G. Leases | ∅ | |
| H. Manufacturing Supplies | ∅ | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | ∅ | |
| K. Professional Fees (Accounting & Legal) | $600 | |
| L. Rent | $206.16 | |
| M. Repairs & Maintenance (Cleaning) | ∅ | |
| N. Secured Creditor Payments *(See Attach. 2)* | ∅ | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | ∅ | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | ∅ | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | ∅ | |
| R. Telephone | ∅ | |
| S. Travel & Entertainment | ∅ | |
| Y. U.S. Trustee Quarterly Fees | ∅ | |
| U. Utilities | ∅ | |
| V. Vehicle Expenses | $509.41 | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | $25,061.49 | |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | $26,218.21 (c) | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20 day of Dec , 20 22.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Lowes Materials | $73.77 | |
| Lows Materials | $220.26 | |
| Lowes Materials | $220.26 | |
| Home Depot Materials | $24.24 | |
| Home Depot Materials | $227.26 | |
| SCP Dis Equipment | $20,999.08 | |
| Home Depot Materials | $76.05 | |
| TOTAL OTHER DISBURSEMENTS | $21,840.92 | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Fill in this information to identify the case:**

Debtor Name  Legacy Pools, LLC

United States Bankruptcy Court for the: Middle     District of Florida

Case number:  6:22-bk-03123-LVV

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  November 2022

Date report filed: _____
MM / DD / YYYY

Line of business:  In Ground Luxury Pools and Spas

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:              Charles David Black

Original signature of responsible party

Printed name of responsible party       Charles BLACK

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name    Legacy Pools, LLC                                  Case number    6:22-03123-LVV

17. Have you paid any bills you owed before you filed bankruptcy?              ❑  ☑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                $15,179.21

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                           $ 35,100.49

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                         − $ 25,061.49

22. **Net cash flow**                                               + $ 11,039.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                        = $ 26,218.21

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**                                              $  8,659.09

    *(Exhibit E)*

Debtor Name    Legacy Pools, LLC

Case number    6:22-bk-03123-LVV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 415,660.85

(*Exhibit F*)

## 5. Employees

26. What was the number of employees when the case was filed?    21

27. What is the number of employees as of the date of this monthly report?    2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00

30. How much have you paid this month in other professional fees?    $ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 325,000.00 | − | $ 35,100.49 | = | $ 289,899.51 |
| 33. **Cash disbursements** | $ 149,000.00 | − | $ 25,061.49 | = | $ 123,938.51 |
| 34. **Net cash flow** | $ 176,000.00 | − | $ 11,039.00 | = | $ 164,961.00 |

35. Total projected cash receipts for the next month:    $ 125,000.00

36. Total projected cash disbursements for the next month:    − $ 89,110.00

37. Total projected net cash flow for the next month:    = $ 35,890.00

Debtor Name    Legacy Pools, LLC

Case number    6:22-bk-03123-LVV

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Regions Bank**
West Palm Bay Office
105 Palm Bay Road NE
Melbourne, FL 32904

LEGACY POOLS LLC
DEBTOR IN POSSESSION
727 NORTH DR
MELBOURNE FL 32934-9241

**ACCOUNT #**    `0325543849`

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS SIMPLE CHECKING
### November 1, 2022 through November 30, 2022

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | **$15,179.21** | Minimum Balance | $11,141 |
| Deposits & Credits | $35,100.49 + | Average Balance | $12,706 |
| Withdrawals | $25,036.98 − | | |
| Fees | $25.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $9,369.63 − | | |
| **Ending Balance** | **$15,848.09** | | |

### DEPOSITS & CREDITS

| | | | | |
|---|---|---|---|---|
| 11/23 | Addition Fi | Acctverify A Satizabal | A Satizabal | 0.01 |
| 11/23 | Addition Fi | Acctverify A Satizabal | A Satizabal | 0.48 |
| 11/28 | Deposit - Thank You | | | 35,100.00 |
| | | | Total Deposits & Credits | $35,100.49 |

### WITHDRAWALS

| | | |
|---|---|---|
| 11/01 | Card Purchase Sams Club #8141  5542 Melbourne    FL 32904    1029 | 61.74 |
| 11/01 | ATM Withdrawal Regions        West Palm Bay Melbourne    FL F0338    1029 | 600.00 |
| 11/02 | Card Purchase Lowes #00907*    5200 866-483-7521 NC 28659    1029 | 73.77 |
| 11/02 | Card Purchase Nic*-Boc-Exempt  9399 Egov.Com    FL 32399    1029 | 51.00 |
| 11/02 | Card Purchase Lowes #00907*    5200 866-483-7521 NC 28659    1029 | 220.26 |
| 11/02 | ATM Withdrawal Regions        West Palm Bay Melbourne    FL F0338    1029 | 600.00 |
| 11/03 | Card Purchase Lowes #00907*    5200 866-483-7521 NC 28659    1029 | 220.26 |
| 11/07 | PIN Purchase Hammock Landin    5542 West Melbournfl | 35.00 |
| 11/07 | ATM Withdrawal Regions        West Palm Bay Melbourne    FL F0338    1029 | 600.00 |
| 11/08 | PIN Purchase Cumberland Far    5542 West Melbournfl        1029 | 46.16 |
| 11/14 | PIN Purchase Cumberland Far    5542 West Melbournfl        1029 | 30.00 |
| 11/14 | PIN Purchase Circle K 07421    5542 Melbourne    FL        1029 | 37.06 |
| 11/15 | Card Purchase Samsclub #8141    5542 Melbourne    FL 32904    1029 | 118.45 |
| 11/16 | Card Purchase Samsclub #8141    5542 Melbourne    FL 32904    1029 | 42.18 |
| 11/16 | PIN Purchase The Home Depot    5200 W Melbourne FL | 24.24 |
| 11/16 | ATM Withdrawal Regions        West Palm Bay Melbourne    FL F0338    1029 | 400.00 |
| 11/17 | Card Purchase The Home Depot    5200 Kissimmee    FL 34741    1029 | 76.05 |
| 11/18 | 18004intuit    Qbooks Onl Charles Black  9117152 | 80.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2022 Regions Bank Member FDIC. All loans subject to credit approval.



LEGACY POOLS LLC
DEBTOR IN POSSESSION
727 NORTH DR
MELBOURNE FL 32934-9241

**ACCOUNT #**   **0325543849**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 11/21 | Card Purchase Samsclub #8141   5542 Melbourne   FL 32904   1029 | 75.00 |
| 11/21 | PIN Purchase The Home Depot   5200 W Melbourne  FL        1029 | 227.26 |
| 11/22 | PIN Purchase Sunoco 8001322   5542 West Melbournfl        1029 | 63.82 |
| 11/23 | Card Purchase Ss Storage - PA  4225 407-2487878  FL 32905   1029 | 138.05 |
| 11/23 | Card Purchase Ss Storage - PA  4225 407-2487878  FL 32905   1029 | 17.11 |
| 11/23 | Addition Fi      Acctverify A Satizabal    19836627- | 0.01 |
| 11/23 | Addition Fi      Acctverify A Satizabal    19836626- | 0.48 |
| 11/23 | ATM Withdrawal Regions       West Palm Bay Melbourne   FL F0338   1029 | 200.00 |
| 11/28 | Wire Transfer Scp Distributo | 20,999.08 |

| | |
|---|---:|
| Total Withdrawals | $25,036.98 |

## FEES

| | | |
|---|---|---:|
| 11/28 | Wire Transfer Wire Fee | 25.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 11/28 | | 9,369.63 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 14,517.47 | 11/14 | 12,603.96 | 11/21 | 11,560.78 |
| 11/02 | 13,572.44 | 11/15 | 12,485.51 | 11/22 | 11,496.96 |
| 11/03 | 13,352.18 | 11/16 | 12,019.09 | 11/23 | 11,141.80 |
| 11/07 | 12,717.18 | 11/17 | 11,943.04 | 11/28 | 15,848.09 |
| 11/08 | 12,671.02 | 11/18 | 11,863.04 | | |

**PRICING FOR CERTAIN TREASURY MANAGEMENT
SERVICES AND ANALYZED DEPOSITORY
PRODUCTS IS CHANGING EFFECTIVE
JANUARY 1, 2023. CHANGES WILL BE
REFLECTED BEGINNING WITH THE JANUARY
ANALYSIS STATEMENT YOU WILL RECEIVE IN
FEBRUARY. TO VIEW ALL CHANGES, VISIT
REGIONS.COM/SPECIALMESSAGE. PLEASE
CONTACT YOUR TREASURY MGMT. OFFICER WITH
QUESTIONS SPECIFIC TO YOUR ACCOUNT.**

## Easy Steps to Balance Your Account

|  |  | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
|  | $ |  |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.